**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>EDUARDO ALMARAZ<br>    v.<br>CITY OF CHICAGO, et al. | Case Number: 07 CV 6134 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILIP CLINE, MAYOR RICHARD DALEY, and CITY OF CHICAGO

---

| NAME (Type or print) |
|---|
| Daniel M. Noland |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Daniel M. Noland |

| FIRM |
|---|
| Dykema Gossett PLLC |

| STREET ADDRESS |
|---|
| 10 South Wacker Drive, Suite 2300 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6231175 | 312.876.1700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007 I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Matthew Charles Robison
Amanda Sunshine Yarusso
Law Office of Blake Horwitz
155 North Michigan Avenue
Suite 723
Chicago, Illinois  60601
312.6l6.4433
lobh@att.net

                                                s/Daniel M. Noland
                                                Daniel M. Noland (ARDC No. 6231175)

CHICAGO\2392640.1
ID\DMN