IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDUARD ALMARAZ, on behalf of Himself and all others similarly situated,<br>       Plaintiff,<br>v.<br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and THE CITY OF CHICAGO,<br>       Defendants. | Civil Action<br>No.: 07 cv 6134<br>CLASS ACTION<br><br>Honorable Judge Hart |

_____

### MOTION FOR LEAVE TO FILE APPEARANCE AS ADDITIONAL COUNSEL

NOW COMES the Plaintiff, Eduard Almaraz, on behalf of Himself and on behalf of all others similarly situated, by and through his attorney Blake Horwitz of the Law Offices of Blake Horwitz, Ltd. and moves this Court to grant Elliot Richardson, Sean M. Baker, and Rachelle Sorg, of Elliot Richardson & Associates leave to file their appearances as additional counsel in this matter. In support of his Motion Plaintiff states as follows:

1.    Elliot Richardson, Sean M. Baker, and Rachelle Sorg are each members of the Illinois Bar in good standing;

2.    Elliot Richardson is a member of this Court's trial bar;

3.    Sean M. Baker and Rachelle Sorg are members of this Court's General bar.

WHEREFORE, the Plaintiff, Eduard Almaraz, on behalf of Himself and on behalf of all others similarly situated, respectfully requests this Court to grant his Motion for Leave to File Appearances for Additional Counsel and for any other relief this Court deems equitable and just.

        Respectfully submitted,

        /s/ Sean M. Baker
        One of Plaintiff's Attorneys


Elliot Richardson & Associates, LLC
20 S. Clark Street, Suite 500
Chicago, IL  60603
P: (312)-676-2100
F: (312) 372-7076
ARDC No. 6224417