IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDUARD ALMARAZ, on behalf of Himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Civil Action No.: 07 cv 6134 |
| ) | CLASS ACTION |
| v. ) ) | |
| OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and THE CITY OF CHICAGO, ) ) ) ) ) ) | Honorable Judge Hart |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:

Mr. Terrence Burns
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
tburns@dykema.com

Mr. Daniel Noland
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
dnoland@dykema.com

On **December 12, 2007 at 11:00 a.m.** or soon thereafter as counsel may be heard, I shall appear before Judge Hart, Courtroom 2243, or any Judge sitting in his/her stead, at the Dirksen Building, 219 S Dearborn, Chicago, Illinois and shall then and there present *Plaintiff's Motion For Leave To File Appearance As Additional Counsel*

s/Sean M. Baker
One of Plaintiff's Attorneys
Elliot Richardson & Associates, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-676-2100
312-372-7076 (Fax)
ARDC No: 6287455

## Certificate of Service

I hereby certify that on December 6, 2007, a copy of foregoing *Motion For Leave to File Appearance As Additional Counsel* was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

    /s/Sean M. Baker_____
Elliot Richardson & Associates, LLC
20 S. Clark Suite 500
Chicago, Il 60603
Phone:312-676-2100
Fax:312-372-7076

**Notice will be sent electronically to:**

Mr. Terrence Burns
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
tburns@dykema.com

Mr. Daniel Noland
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
dnoland@dykema.com