UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Eduardo Almaraz
        Plaintiff,

v.              Case No.: 1:07−cv−06134
              Honorable William T. Hart

Officer Haleas, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 10, 2007:

  MINUTE entry before Judge William T. Hart :Motion hearing set for 12/12/2007 is stricken. Plaintiff's motion for leave to file appearance of Elliot Richardson, Sean M. Baker and Rachelle Sorg of Elliot Richardson & Associates as additional counsel for plaintiff [10] is granted.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.