IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO, <br><br> Defendants. | No. 7 C 6134 <br><br> JUDGE HART |

**MOTION FOR ENTRY OF ORDER OF DEFAULT AND/OR IN THE ALTERNATIVE, FOR PLAINTIFF TO BE PERMITTED TO PROPOUND DISCOVERY**

NOW COMES the Plaintiff, by and through the LAW OFFICES OF BLAKE HORWITZ, LTD., and hereby presents the following motion on behalf of the Plaintiff:

1. All Defendants to this Cause have appeared and otherwise received Plaintiff's Complaint (longer then 20 days ago).

2. Notwithstanding service, Defendants have failed to file an answer to Plaintiff's Complaint[1]. As such, Plaintiff prays that this Court enter an order of default.

3. If the Court disallows this motion, Plaintiff prays, in the alternative, that Plaintiff be permitted to engage in discovery as to all aspects of Plaintiff's complaint.

**WHEREFORE**, Plaintiff prays that this Court grant Plaintiff's Motion for entry of an order of Default and/or, in the alternative, for an order providing that Plaintiff may engage in discovery.

---

[1] Officer Haleas has not filed an appearance, though he has been served through channels offered by the City of Chicago for service upon officers. The issue of service as to officer Haleas, is an important issues to address at the hearing before this Court as officer Haleas is the target officer in this connection.

        Respectfully Submitted.

        s/ Blake Horwitz_____
        Blake Horwitz
        Law Offices of Blake Horwitz, Ltd.
        155 N. Michigan, Suite 714
        Chicago, Illinois 60601
        Tel: (312) 616-4433
        Fax: (312) 565-7173
        bwhorwitz@att.net

The Law Offices of Blake Horwitz, Esq.
Blake Horwitz, Esq.
Amanda Yarusso, Esq.
Tali Albukerk, Esq.
155 N. Michigan Ave, Suite 714
Chicago, IL 60601
(312) 616-4433
(312) 565-7173 (Fax)

Elliot Richardson & Associates, LLC
Elliot S. Richardson, Esq.
Sean M. Baker, Esq.
Rachelle M. Sorg, Esq.
Elliot Richardson & Associates, LLC
20 South Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100