## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Eduardo Almaraz  
v.  
Officer Haleas, et al.

Case Number: 1:07-cv-06134

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer Haleas

| | |
|---|---|
| NAME (Type or print)<br>Daniel M. Noland | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel M. Noland | |
| FIRM<br>Dykema Gossett PLLC | |
| STREET ADDRESS<br>10 South Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6231175 | TELEPHONE NUMBER<br>312.876.1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake W. Horwitz
Law Office of Blake Horwitz
155 North Michigan Avenue
Suite 723
Chicago, Illinois 60601
(312) 616-4433

Elliot S. Richardson
Elliot Richardson & Associates, LLC
20 South Clark Street
Suite 500
Chicago, Illinois 60603
(312) 676-2100

                                        s/ Daniel M. Noland (ARDC No. 6231175)
                                        Daniel M. Noland

CHICAGO\2405855.1
ID\DMN