U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 CV 6134 |
| EDUARDO ALMARAZ, ET AL. PLAINTIFF, V. CITY OF CHICAGO, ET AL. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILIP CLINE, MAYOR RICHARD DALEY and the CITY OF CHICAGO

| NAME (Type or print) |
|---|
| Gregory L. Lacey |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Gregory L. Lacey |

| FIRM |
|---|
| Dykema Gossett PLLC |

| STREET ADDRESS |
|---|
| 10 S. Wacker Drive, Ste. 2300 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6239392 | 312-876-1700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Matthew Charles Robison
Amanda Sunshine Yarusso
Law Office of Blake Horwitz
155 North Michigan Avenue
Suite 723
Chicago, Illinois 60601
312.616.4433
lobh@att.net

Elliot S. Richardson
Elliot Richardson & Associates, LLC
20 South Clark Street
Suite 500
Chicago, Illinois 60603
(312) 676-2100


s/ Gregory L. Lacey (ARDC No. 6239392)
Gregory L. Lacey