IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDUARDO ALMARAZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6134 |
| | ) | |
| v. | ) | Judge William T. Hart |
| | ) | |
| OFFICER HALEAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   See Attached Certificate of Service

    PLEASE TAKE NOTICE that on December 20, 2007 at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Hart at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and present the attached **Motion for Extension of Time and Response to Plaintiffs' Motion for Default.**  A copy of which is hereby served upon you.

Dated: December 17, 2007                                    Respectfully submitted,


                                                                            s/ Gregory L. Lacey (ARDC No. 6239392)
Terrence M. Burns                            One of the Attorneys for Defendants
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

CHICAGO\2407073.1
ID\GLL

## **CERTIFICATE OF SERVICE**

I, Gregory L. Lacey, herby certify that on December 17, 2007, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system. Notification and a copy of such filing is sent through the CM/ECF system to counsel of record as set forth below.

| | |
|---|---|
| Blake Wolfe Horwitz | Elliot S. Richardson |
| Matthew Charles Robison | Elliot Richardson & Associates, LLC |
| Amanda Sunshine Yarusso | 20 S. Clark Street |
| Law Office of Blake Horwitz | Suite 500 |
| 155 North Michigan Avenue, ste. 723 | Chicago, Illinois 60603 |
| Chicago, Illinois 60601 | (312) 676-2100 |
| (312) 616-4433 | |

By:     s/Gregory L. Lacey
          One of Defendants Attorneys
          DYKEMA GOSSETT PLLC
          10 South Wacker Drive, Suite 2300
          Chicago, Illinois 60606
          (312) 876-1700
          glacey@dykema.com