AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>Defendants.<br><br>To: Mayor Richard Daley<br>C/o Mayor's Office<br>City Hall - 121 N. LaSalle, Room 507<br>Chicago, IL 60602 | **SUMMONS IN A CIVIL CASE**<br><br>No.  **07C 6134**<br><br>JUDGE   **JUDGE HART**<br><br>MAGISTRATE JUDGE<br><br>**MAGISTRATE JUDGE COX** |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Blake Horwitz
> LAW OFFICES OF BLAKE HORWITZ, LTD.
> 155 N. Michigan, #723
> Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          OCT 3 0 2007
(By) Deputy Clerk                                     Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date 11/5/07 |
| NAME OF SERVER *(PRINT)* John Ochoa | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Mayor's Office 121 N. LaSalle rm 507 Chicago, IL 60602

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other specify: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 11/5/07
Date

Signature of Server

155 N. Michigan Ave #723 Chicago, IL 60601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.