**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Eduardo Almaraz
                         Plaintiff,

v.                                                    Case No.: 1:07–cv–06134
                                                      Honorable William T. Hart

Officer Haleas, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

      MINUTE entry before Judge William T. Hart :Motion hearing held. Defendants' motion for extension of time to answer or otherwise plead [22] is granted to 2/6/2008. Rule 26(f) conference is to be held by 2/6/2008. Response to outstanding discovery is due by 2/20/2008. Plaintiff's motion for default or to be permitted to propound discovery [16] is moot.Status hearing set for 3/12/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.