## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 07 C 6134

EDUARDO ALMARAZ
            v.
CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD M. DALEY, and CITY OF CHICAGO

| | |
|---|---|
| NAME (Type or print)<br>Paul A. Michalik | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Paul A. Michalik | |
| FIRM<br>Dykema Gossett PLLC | |
| STREET ADDRESS<br>10 S. Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6198674 | TELEPHONE NUMBER<br>(312) 876-1700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

### CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Amanda Sunshine Yarusso
Law Offices of Blake Horwitz
155 North Michigan Avenue, Suite 723
Chicago, Illinois 60601
312.616.4433
lobh@att.net

Elliot S. Richardson
Rachelle M. Sorg
Sean M. Baker
Elliot S. Richardson & Associates, LLC
20 S. Clark Street, Suite 500
Chicago, Illinois 60603
(312) 676-2100

s/ Paul A. Michalik
_____
Paul A. Michalik