# EXHIBIT C

| Case 1:07-cv-05279 | Document 36 | Filed 01/23/2008 | Page 1 of 1 |  |

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5279 | **DATE** | 1/23/2008 |
| **CASE TITLE** | Jones vs. Unknown Officers, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Leave to File an Amended Complaint [34] is granted. Defendant City of Chicago's Motion to Dismiss [25], Defendant Richard M. Daley's Motion to Dismiss [27], and Certain Defendants' Motion to Dismiss [29] are granted. Plaintiff is granted leave to file an Amended Complaint as to any remaining Defendants on or before February 22, 2008. Defendants have 20 days thereafter to answer or otherwise plead.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|