IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDUARDO ALMARAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6134 |
| | ) | |
| OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, UNKNOWN CHICAGO POLICE OFFICERS, MAYOR RICHARD DALEY, and the CITY OF CHICAGO, | ) ) ) ) ) | Judge William Hart<br><br>Magistrate Judge Susan Cox |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday**, **February 13, 2008** at **11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable William Hart**, in Room 2243 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendant Haleas and City of Chicago's Motion to Dismiss**.

Dated: February 6, 2008                                Respectfully submitted,


                                                       s/ Paul A. Michalik
Terrence M. Burns                                      One of the Attorneys for Defendants
Paul A. Michalik                                       CITY OF CHICAGO and JOHN HALEAS
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| Blake Wolfe Horwitz<br>Amanda Sunshine Yarusso<br>Law Offices of Blake Horwitz<br>155 North Michigan Avenue<br>Suite 723<br>Chicago, Illinois 60601<br>312.6l6.4433<br>lobh@att.net | Elliot S. Richardson<br>Rachelle M. Sorg<br>Sean M. Baker<br>Elliot S. Richardson & Associates, LLC<br>20 S. Clark Street, Suite 500<br>Chicago, Illinois 60603<br>(312) 676-2100 |

s/ Paul A. Michalik
Paul A. Michalik