IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07 C 6134 |
| | ) |
| OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, UNKNOWN CHICAGO POLICE OFFICERS, MAYOR RICHARD DALEY, and the CITY OF CHICAGO, | ) Judge William Hart ) ) Magistrate Judge Susan Cox ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:     Counsel of Record

        PLEASE TAKE NOTICE that on **Wednesday**, **February 13, 2008** at **11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable William Hart**, in Room 2243 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Certain Defendants' Motion to Dismiss**.

Dated: February 6, 2008                    Respectfully submitted,


                                            s/ Paul A. Michalik
Terrence M. Burns                           One of the Attorneys for Defendants
Paul A. Michalik                            TERRY HILLARD, LORI LIGHTFOOT,
Daniel M. Noland                            TISA MORRIS and PHILIP CLINE
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Amanda Sunshine Yarusso
Law Offices of Blake Horwitz
155 North Michigan Avenue
Suite 723
Chicago, Illinois  60601
312.6l6.4433
lobh@att.net

Elliot S. Richardson
Rachelle M. Sorg
Sean M. Baker
Elliot S. Richardson & Associates, LLC
20 S. Clark Street, Suite 500
Chicago, Illinois 60603
(312) 676-2100

s/ Paul A. Michalik
Paul A. Michalik