IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDUARDO ALMARAZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6134 |
| | ) | |
| v. | ) | Judge William T. Hart |
| | ) | |
| OFFICER HALEAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See Attached Certificate of Service

    PLEASE TAKE NOTICE that on February 27, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Hart at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and present the attached **Official Capacity Defendants' Motion to Reconsider.** A copy of which is hereby served upon you.

Dated: February 19, 2008          Respectfully submitted,


                                                      s/ Gregory L. Lacey (ARDC No. 6239392)
Terrence M. Burns (3122331)      One of the Attorneys for Defendants
Paul A. Michalik (6198674)
Daniel M. Noland (6231175)
Gregory L. Lacey (6239392)
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

**CERTIFICATE OF SERVICE**

     I, Gregory L. Lacey, herby certify that on February 19, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system. Notification and a copy of such filing is sent through the CM/ECF system to counsel of record as set forth below.

Blake Wolfe Horwitz
Matthew Charles Robison
Amanda Sunshine Yarusso
Law Office of Blake Horwitz
155 North Michigan Avenue, ste. 723
Chicago, Illinois 60601
(312) 616-4433

                                                                               By:     s/Gregory L. Lacey
                                                                                   One of Defendants Attorneys
                                                                                    DYKEMA GOSSETT PLLC
                                                                                  10 South Wacker Drive, Suite 2300
                                                                                  Chicago, Illinois 60606
                                                                                  (312) 876-1700
                                                                                  glacey@dykema.com