**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Eduardo Almaraz
                        Plaintiff,

v.                                            Case No.: 1:07−cv−06134
                                            Honorable William T. Hart

Officer Haleas, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge William T. Hart :Motion hearing set for 2/27/2008 is stricken. Briefing schedule set on defendants' motions to reconsider [42][44] : responses due by 3/14/2008; replies due by 3/28/2008.Status hearing reset to 4/16/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.