IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>　　Defendants. | No. 7 C 6134<br><br>JUDGE HART |

**MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

　　NOW COMES the Plaintiff, by and through the LAW OFFICES OF BLAKE HORWITZ, LTD., and hereby presents the following motion:

　　1. The Law firm for the Plaintiff and the law firm for the Defendants have many cases in common. In that connection, said law firms have agreed as to language contained within a protective order (Exhibit A). This protective order shall govern dicovery between the parties to this cause, assuming that said order is approved by this Court.

　　2. Discovery is owed to Plaintiff, by Defendants, pursuant to a recent order of this Court. Defendants will not tender discovery responses absent the attached protective order. Hence, Plaintiff prays that this Court enter the attached order so that discovery can be regulated between the parties and Defendants can turn over the necessary documents to allow Plaintiff to move forward with this cause.

　　3. Counsel for the Plaintiff, Blake Horwitz, and counsel for Defendants, Gregory Lacey, have engaged in many conversations relative to the protective order. On February 25, 2008, both

attorneys spoke with regard to the protective order and agreed that Plaintiff's counsel shall submit a motion to this Court for purposes of having the attached protective order entered.

**WHEREFORE**, Plaintiff prays that this Court grant Plaintiff's Motion and provide any and all other further relief deemed necessary under the circumstances.

Respectfully Submitted.

s/ Blake Horwitz_____
Blake Horwitz
Law Offices of Blake Horwitz, Ltd.
155 N. Michigan, Suite 723
Chicago, Illinois  60601
Tel: (312) 616-4433
Fax: (312) 565-7173
bwhorwitz@att.net

The Law Offices of Blake Horwitz, Esq.
Blake Horwitz, Esq.
Amanda Yarusso, Esq.
Tali Albukerk, Esq.
155 N. Michigan Ave, Suite 714
Chicago, IL  60601
(312) 616-4433
(312) 565-7173 (Fax)

Elliot Richardson & Associates, LLC
Elliot S. Richardson, Esq.
Sean M. Baker, Esq.
Rachelle M. Sorg, Esq.
Elliot Richardson & Associates, LLC
20 South Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100