IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>  Defendants. | No. 7 C 6134<br><br>JUDGE HART |

**MOTION TO CLARIFY**

NOW COMES the Plaintiff, by and through the LAW OFFICES OF BLAKE HORWITZ, LTD., and hereby presents the following motion to clarify:

1. On February 21, 2008, this Court set a briefing schedule for Defendants' Motion to Reconsider the denial of their Motion to Dismiss.

2. Defendants have a very high burden to meet. Reconsideration of a District Court order serves a very narrow function and it must be supported by a showing of extraordinary circumstances justifying relief from judgment. *Caisse Nationale de Credit Agricole v. CBI Indus.,* 90 F.3d 1264, 1269 (7th Cir. 1996). The motion to reconsider is designed for the limited purpose of correcting manifest errors of law or fact or presenting newly discovered evidence. *Publisher's Resource, Inc. v. Walker-Davis Publications, Inc.,* 726 F. 2d 557, 561 (7th Cir. 1985).

3. It is obvious from reading Defendant's Motion that they have not met the burden articulated above. At this juncture, Plaintiff asks that this Court clarify whether the issue at bar is limited to whether Defendants have met this high burden, or if Plaintiff is now saddled with the obligation of responding to Defendants' Motion to Dismiss.

4. Further, after Defendants comply with this Court's recent order relative to the production of discovery, Plaintiff may seek leave to file an amendment to the Complaint. This amendment may name new parties and as such, briefing on a pending Motion to Dismiss at this stage (if that is the Court's inclincation) may be better left for a later date.

**WHEREFORE**, for the forgoing reasons, Plaintiff prays that this Court clarify its position relative to the briefing on Defendants' Motion to Reconsider and/or Motion to Dismiss.

        Respectfully Submitted.

        s/ Blake Horwitz_____
        Blake Horwitz
        Law Offices of Blake Horwitz, Ltd.
        155 N. Michigan, Suite 723
        Chicago, Illinois 60601
        Tel: (312) 616-4433
        Fax: (312) 565-7173
        bwhorwitz@att.net

The Law Offices of Blake Horwitz, Esq.
Blake Horwitz, Esq.
Amanda Yarusso, Esq.
Tali Albukerk, Esq.
155 N. Michigan Ave, Suite 714
Chicago, IL 60601
(312) 616-4433
(312) 565-7173 (Fax)

Elliot Richardson & Associates, LLC
Elliot S. Richardson, Esq.
Sean M. Baker, Esq.

Rachelle M. Sorg, Esq.
Elliot Richardson & Associates, LLC
20 South Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100