Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6134 | DATE | 3/3/2008 |
| CASE TITLE | Almarez v. Haleas, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to clarify [49] is denied. Plaintiff's motion for entry of agreed protective order [47] is graanted.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|