IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 7 C 6134<br><br>JUDGE HART<br>MAGISTRATE JUDGE COX |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on March 14, 2008 I caused to be filed with the Clerk of the above Court the attached RESPONSE TO DEFENDANTS' OFFICER HALEAS AND CITY OF CHICAGO'S AND "OFFICIAL CAPACITY" DEFENDANTS' MOTION TO RECONSIDER

### CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois' General Order on Electronic Case Filing, I caused the following documents:

NOTICE OF FILING AND RESPONSE TO DEFENDANTS OFFICER HALEAS AND CITY OF CHICAGO'S AND "OFFICIAL CAPACITY" DEFENDANTS' MOTION TO RECONSIDER

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Blake Horwitz: bwhorwitz@att.net

Amanda Yarusso: asyarusso@att.net

Elliot S. Richardson:  erichardson@rsbmlaw.com

Rachelle M. Sorg: rsorg@rsbmlaw.com

Sean M. Baker: sbaker@erlaw.net

Terrence Burns: tburns@dykema.com

Daniel Matthew Noland: dnoland@dykema.com

                                                    s/Blake Horwitz
                                                    Law Offices of Blake Horwitz, Ltd.
                                                    155 N. Michigan, Suite 723
                                                    Chicago, Illinois  60601
                                                    Tel: (312) 616-4433
                                                    Fax: (312) 565-7173