IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>　　Defendants. | No. 7 C 6134<br><br>JUDGE HART<br>MAGISTRATE JUDGE COX |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on March 14, 2008 I caused to be filed with the Clerk of the above Court the attached RESPONSE TO SUPERVISORY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT.

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois' General Order on Electronic Case Filing, I caused the following documents:

NOTICE OF FILING AND RESPONSE TO SUPERVISORY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Blake Horwitz: bwhorwitz@att.net

Amanda Yarusso: asyarusso@att.net

Elliot S. Richardson: erichardson@rsbmlaw.com

Rachelle M. Sorg: rsorg@rsbmlaw.com

Sean M. Baker: sbaker@erlaw.net

Terrence Burns: tburns@dykema.com

Daniel Matthew Noland: dnoland@dykema.com

                                              <u>s/Blake Horwitz</u>
                                              Law Offices of Blake Horwitz, Ltd.
                                              155 N. Michigan, Suite 723
                                              Chicago, Illinois 60601
                                              Tel: (312) 616-4433
                                              Fax: (312) 565-7173