IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 7 C 6134<br><br>JUDGE HART<br>MAGISTRATE JUDGE COX |

**MOTION TO CORRECT PLAINTIFF'S FIRST AMENDED COMPLAINT**

NOW COMES the Plaintiff, by and through the LAW OFFICES OF BLAKE HORWITZ, LTD., and hereby presents the following motion to correct:

1. Plaintiff's First Amended Complaint contains formatting errors in several places.

2. Plaintiff seeks leave to correct these errors by reformatting and refiling it as Plaintiff's Corrected First Amended Complaint.  Plaintiff is not seeking to change, amend, or alter in any way the substance of the complaint.

**WHEREFORE**, for the forgoing reasons, Plaintiff prays that this Court grant his Motion to Correct Plaintiff's First Amended Complaint.

Respectfully Submitted.

s/ Blake Horwitz_____
Blake Horwitz

The Law Offices of Blake Horwitz, Esq.
Blake Horwitz, Esq.
Amanda Yarusso, Esq.
Tali Albukerk, Esq.
155 N. Michigan Ave, Suite 714
Chicago, IL  60601
(312) 616-4433
(312) 565-7173 (Fax)

Elliot Richardson & Associates, LLC
Elliot S. Richardson, Esq.
Sean M. Baker, Esq.
Rachelle M. Sorg, Esq.
Elliot Richardson & Associates, LLC
20 South Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100