UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Eduardo Almaraz
        Plaintiff,

v.              Case No.: 1:07−cv−06134
              Honorable William T. Hart

Officer Haleas, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

  MINUTE entry before Judge Honorable William T. Hart:Motion hearing held. Plaintiff's motion to correct plaintiff's first amended complaint [60] is granted; corrected first amended complaint is to be filed within 24 hours.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.