IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>Defendants. | No. 7 C 6134<br><br>JUDGE HART |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on March 19, 2008 I caused to be filed with the Clerk of the above Court the attached PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois' General Order on Electronic Case Filing, I caused the following documents:

NOTICE OF FILING AND PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Blake Horwitz: bwhorwitz@att.net

Amanda Yarusso: asyarusso@att.net

Elliot S. Richardson: erichardson@rsbmlaw.com

Rachelle M. Sorg: rsorg@rsbmlaw.com

Sean M. Baker: sbaker@erlaw.net

Terrence Burns: tburns@dykema.com

Daniel Matthew Noland: dnoland@dykema.com

<u>s/Blake Horwitz</u>
Law Offices of Blake Horwitz, Ltd.
155 N. Michigan, Suite 723
Chicago, Illinois 60601
Tel: (312) 616-4433
Fax: (312) 565-7173