# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) No.   7 C 06134 ) |
| v. | ) JUDGE HART ) |
| OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, UNKNOWN CHICAGO POLICE OFFICERS, MAYOR RICHARD DALEY, and the CITY OF CHICAGO, | ) ) ) ) ) |
| Defendants. | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please note that the new firm name, address, fax and telephone number for the Law Offices of Blake Horwitz, effective March 31, 2008, are as follows:

Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel:  312-676-2100
Fax:  312-372-7076

This applies to all attorneys for the former Law Offices of Blake Horwitz, including Blake Horwitz, Amanda S. Yarusso, Erica E. Faaborg, Abbas B. Merchant, and Tali K. Albukerk.

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Sean M. Baker     sbaker@erlaw.net, eadame@erlaw.net, sean-baker@sbcglobal.net

Terrence Michael Burns     tburns@dykema.com

1

Blake Wolfe Horwitz     lobh@att.net, bwhorwitz@att.net

Gregory Lawrence Lacey     glacey@dykema.com, cgibson@dykema.com

Paul A. Michalik     pmichalik@dykema.com

Daniel Matthew Noland     dnoland@dykema.com, djones@dykema.com

Elliot S. Richardson     erichardson@rsbmlaw.com, eadame@erlaw.net, lrader@rsbmlaw.com, npeters@rsbmlaw.com, rsorg@rsbmlaw.com

Rachelle M. Sorg     rsorg@rsbmlaw.com, eadame@erlaw.net, lrader@rsbmlaw.com, lroth@rsbmlaw.com, npeters@rsbmlaw.com

Amanda Sunshine Yarusso     asyarusso@att.net


                    s/ Blake Horwitz_____
                    Blake Horwitz
                    Horwitz, Richardson and Baker, LLC
                    20 S. Clark St., Suite 500
                    Chicago, Illinois 60603
                    Tel:  312-676-2100
                    Fax:  312-372-7076