# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Abbas B. Merchant, Esq.

*Legal Assistants*
Emily E. Schnidt     Ra Chaka
John C. Ochoa        Dennis Gary

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

March 13, 2008


Gregory L. Lacey, Esq.
Dykema, Gosset, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
Via Fax: (866) 738-9049

**Re:**   Almarez v. City of Chicago

Dear Gregory:

Yesterday, we spoke in Court and we spoke, succinctly, with regard to the redacted names contained in the IA/OPS file of Officer Haleas. Your office redacted names of police officers and Assistant State's Attorneys. There is no need for protection as to these individuals. I am requesting this un-redacted version in 7 days. If I do not receive it in 7 days, I shall file a motion in this regard. For purposes of clarity, when I refer to the IA/OPS file relative to Officer Haleas, I am referring to the one that demonstrates that he was suspended for a period of time due to his practices relating to arresting and documenting a DUI arrestee where two Assistant State's Attorneys participated in a ride along.

Apparently, with regards to redaction, you are relying upon the following paragraph contained within the protective order:

> 6. "Confidential Matter" shall mean employment, disciplinary, financial, medical, or other information that is of a sensitive or non-public nature regarding plaintiff, defendant, non-party witnesses and non-party employees of the City of Chicago that may be subject to discovery in this action. "Confidential matter" includes, but is not limited to, personal identifying information, family history, health history, and social security numbers. ***In addition, the names of complainants or witnesses and their identifying information is to be redacted and to be disclosed only on a case-by-case basis on the motion of the plaintiff's attorneys.*** "Confidential matter" also includes personnel files, disciplinary actions, histories, and related

> information that are protected by the Illinois Personnel Records Review Act, 820 ILCS 40/0.01, et seq. (West 2004) and Section 7 of the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq. (West 2004), as well as personal and family information of police officers, including residential information. Files generated by the investigation of complaints of misconduct by Chicago police officers (generally referred to as "Complaint Register" files), are included in the definition of "Confidential Matter" pending the Seventh Circuit's decision in the matter of *Bond v. Uteras*, 2007 WL 2003085 (N.D. Ill. July 2, 2007, J. Lefkow).

There is no need to protect police officers and/or Assistant State's Attorneys.

At this juncture, I ask that in all instances where your office has redacted the name of all police officers and/or Assistant State's Attorneys, in any CR, that the names become un-redacted. Please provide a specific answer to this request in the form of I agree and/or don't agree in this context.

Lastly, your client failed to comply with the Court's order relative to the production of outstanding discovery, to wit: of all CRs and Complaint History of Officer Haleas. I ask that said production occur within 7 days. You and I spoke about your client's failure to produce these documents yesterday in Court. You stated that you would endeavor to obtain these documents. Please ensure that Assistant State's Attorneys and/or police officer names are not redacted in any future production.

Today, we spoke again regarding the above. I reiterated my request to un-redact the names, as reflected above and for the production of the entirety of the CRs. With regard to the redaction, you stated that you will speak to your client and get back to me. Regarding the CR production, you indicated that though I have requested production in 7 days, you think that traditionally, your client takes up to 21 for production.

If I have incorrectly characterized the LCR 37.2 requests, please advise. Thank you for your attention to this matter.

Sincerely,


Blake Horwitz

Cc: Elliot Richardson, Esq. Via facsimile: 312-372-7076