# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Abbas B. Merchant, Esq.

*Legal Assistants*
Emily E. Schnidt    Ra Chaka
John C. Ochoa       Dennis Gary

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

March 25, 2008

Gregory L. Lacey, Esq.
Dykema, Gosset, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
Via Fax: (866) 738-9049

**Re:    Almarez v. City of Chicago**

Dear Gregory:

Thank you for your recent voice mail regarding the redaction of the names of the assistant states' attorney and police officers.  You indicated that we could enter in an agreed order.  I have attached a motion which should generate same.  Please advise if this language is workable.  I will be looking to file this Motion on Friday, 12:00PM.  Please advise accordingly.  Thank you

Sincerely,

Blake Horwitz

Cc: Elliot Richardson, Esq. Via facsimile: 312-372-7076