IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>Defendants. | No. 7 C 6134<br><br>JUDGE HART |

NOTICE OF MOTION

On March 5, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Hart at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion to clarify.

CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the aforementioned documents to be served:

Blake Horwitz: bwhorwitz@att.net

Amanda Yarusso: asyarusso@att.net

Elliot S. Richardson: erichardson@rsbmlaw.com

Rachelle M. Sorg: rsorg@rsbmlaw.com

Sean M. Baker: sbaker@erlaw.net

Terrence Burns: tburns@dykema.com

Daniel Matthew Noland: dnoland@dykema.com

        s/ Blake Horwitz_____
        Blake Horwitz
        Law Offices of Blake Horwitz, Ltd.
        155 N. Michigan, Suite 714
        Chicago, Illinois  60601
        Tel: (312) 616-4433
        Fax: (312) 565-7173
        bwhorwitz@att.net