Order Form (01/2005)

*HHN*

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **WILLIAM T. HART** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **07 C 6134** | **DATE** | **APRIL 25 , 2008** |
| **CASE TITLE** | **EDUARDO ALMARAZ, etc. v. OFFICER HALEAS, et al.** | | |

**DOCKET ENTRY TEXT**

Defendants' motions for reconsideration [42, 44] are granted in part and denied in part. Count X of the First Amended Corrected Complaint is dismissed. The claims against defendants Hillard, Lightfoot, and Daley are dismissed and those defendants are dismissed from this action. Within two weeks, defendants shall answer the remaining allegations of the First Amended Corrected Complaint. All discovery is to be completed by September 26, 2008. By May 21, 2008, plaintiff shall file his motion for class certification and a supporting brief. Defendants' answer is due June 11, 2008. Plaintiff's reply is due June 25, 2008. A status hearing will be held on June 4, 2008 at 11:00 a.m.

■ [ For further detail see attached
    Opinion and Order.]

Notices (3) mailed by Judicial staff.

| | Courtroom Deputy | CW |
|---|---|---|

07C6134 EDUARDO ALMARAZ, etc. v. OFFICER HALEAS, et al.

Page 1 of 1