50650-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OFFICER HALEAS, et al.<br>　　　　　Defendant | No. 07 C 6134<br><br>Judge William T. Hart |

## DEFENDANT, OFFICER HALEAS' MOTION FOR LEAVE TO FILE SUBSTITUTION OF ATTORNEY

**NOW COMES** Defendant, OFFICER JOHN HALEAS, by and through his attorneys, QUERREY & HARROW, LTD., and moves this Honorable Court for leave to file its Substitution of Attorneys *instanter*, substituting its appearance as attorneys of record for Defendant, OFFICER JOHN HALEAS.

Respectfully submitted,

Defendant, Officer John Haleas

By:　s/ Daniel F. Gallagher
　　　Daniel F. Gallagher
　　　Querrey & Harrow, Ltd.
　　　175 West Jackson Blvd., Suite 1600
　　　Chicago, IL 60604-2827
　　　I.D. #0905305

Document #: 1202424