50650-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ | |
| Plaintiff, | No. 07 C 06134 |
| v. | Judge William T. Hart |
| OFFICER HALEAS, et al. | |
| Defendant | |

## SUBSTITUTION OF ATTORNEYS

We, the undersigned, hereby withdraw our appearance as attorneys for Defendant, OFFICER HALEAS, in the above captioned cause and consent to a substitution of attorneys.

Dykema Gosset PLLC

By: _____
Terrence Michael Burns

We, the undersigned, hereby enter our Appearance for Defendant, OFFICER HALEAS.

QUERREY & HARROW, LTD.

By: _____
Daniel F. Gallagher

Daniel F. Gallagher
QUERREY & HARROW, LTD.
175 W. Jackson Blvd. – Ste. 1600
Chicago, IL 60604
(312) 540-7000
Atty No: 905305

Document #: 1324765