50650-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, UNKNOWN CHICAGO POLICE OFFICERS, MAYOR RICHARD DALEY, and the CITY OF CHICAGO, <br><br> Defendants | No. 07 C 6134 <br><br> Judge William Hart <br><br> Magistrate Judge Suan Cox |

### NOTICE OF MOTION

To: All Counsel of Record
(See attached Service List)

On May 14, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge William Hart** or any Judge sitting in his stead, in **Room 2243** or the courtroom usually occupied by him in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendant Officer John Haleas' Motion for Leave to File Substitution of Attorneys.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendant | Officer John Haleas |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

### PROOF OF SERVICE

I, Daniel F. Gallagher, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named party attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on May 5, 2008.

s/Daniel F. Gallagher

[X] Under penalties as provided by law pursuant
to Ill. Rev. Stat., ch. 110, Sect. 1-109, I
certify that the statements set forth herein
are true and correct.

50650-DFG
*Almaraz v. Haleas, et al.*
Cause No: 07 C 6134

## SERVICE LIST

Blake Wolfe Horwitz
Amanda Sunshine Yarusso
Elliott S. Richardson
Rachelle M. Sorg
Sean M. Baker
Horwitz, Richardson & Baker, LLC
20 South Clark Steret
Suite 500
Chicago, IL 60603
(312) 676-2100
(312) 372-7076 – Fax
*Attorneys for Plaintiff*

Terrence M. Burns
Daniel M. Noland
Gregory L. Lacey
Paul A. Michalik
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
(312) 876-1155 - Fax
*Attorneys for Defendants, Tisa Morris,
Phillip Cline and City of Chicago*