50650-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>OFFICER HALEAS, et al.<br>　　　　　　Defendant | No. 07 C 6134<br><br>Judge William T. Hart |

### DEFENDANT, OFFICER HALEAS' AMENDED MOTION FOR LEAVE TO FILE SUBSTITUTION OF ATTORNEY AND FOR ENLARGEMENT OF TIME TO ANSWER

**NOW COMES** Defendant, OFFICER JOHN HALEAS, by and through his attorneys, QUERREY & HARROW, LTD., and moves this Honorable Court for leave to file its Substitution of Attorneys *instanter*, substituting its appearance as attorneys of record for Defendant, OFFICER JOHN HALEAS, and for an enlargement of time to answer Plaintiff's First Amended Corrected Complaint. In support, Defendant states as follows:

　　1.　Plaintiff has filed his complaint alleging various civil rights claims against the Defendant and others.

　　2.　Counsel for Defendant, OFFICER HALEAS, has recently been assigned to represent this Defendant.

　　3.　The undersigned attorneys are in the process of reviewing the recently filed materials in this matter in order to adequately respond to Plaintiff's Complaint. In addition, in order to properly investigate and respond to Plaintiff's allegations, counsel

for Defendant is attempting to obtain and review documents in order to make a determination regarding the Defendant's answer to the complaint.

4. This represents the undersigned's first request for an enlargement of time to complete responsive pleadings and is not brought to delay this matter, but to adequately defend this action.

WHEREFORE, for the foregoing reasons, Defendant, OFFICER HALEAS, respectfully requests this Court enter an order granting the undersigned to substitute as counsel for Defendant OFFICER HALEAS and an additional 14 days within which to answer Plaintiff's First Amended Corrected Complaint, or for such other relief the Court deems appropriate.

    Respectfully submitted,

    Defendant, Officer John Haleas

    By:    s/ Daniel F. Gallagher
            Daniel F. Gallagher
            Querrey & Harrow, Ltd.
            175 West Jackson Blvd., Suite 1600
            Chicago, IL  60604-2827
            I.D. #090530

Document #: 1326316