IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, | ) |
|         Plaintiff, | ) |
| v. | ) No. 07 C 6134 |
| OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILIP CLINE, UNKNOWN CHICAGO POLICE OFFICERS, MAYOR RICHARD DALEY, and the CITY OF CHICAGO, | ) Judge William Hart<br>) Magistrate Judge Susan Cox |
|         Defendants. | ) |

**CERTAIN DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Defendants, City of Chicago ("City"), Philip J. Cline, and Tisa Morris, by their attorney, Terrence M. Burns of Dykema Gossett PLLC, respectfully move for a short extension of time to file their answers to plaintiff's "corrected" first amended complaint at law. In support thereof, these defendants state:

1. On April 25, 2008, this Court entered an order on defendants' motions for reconsideration. As part of the order, this Court directed that defendants were to answer the non-dismissed allegations of the corrected first amended complaint "within two weeks." (Dkt. #72). Defendants' answers therefore were due on or before May 9, 2008.

2. As this Court is aware, certain recent developments led to potential representation issues that needed immediate resolution. (*See* 4/25/08 Opinion and Order, at p. 10, fn. 7; Dkt. #73). Those issues have now been resolved, and defendant Haleas has pending a motion for leave to substitute counsel. (Dkt. #76). Defendant Haleas' motion also seeks a short extension of 14 days to file his answer to the corrected first amended complaint. (*Id.*)

3. In light of the foregoing, moving defendants request a short extension of time to file their answers to the corrected first amended complaint. In addition to providing these defendants with additional time needed to complete the answers, the short extension requested in this motion will place all defendants' responsive pleadings on the same schedule.

4. Counsel for the City, Gregory L. Lacey, has attempted to speak with, and left messages for, plaintiff's counsel regarding the relief requested in this motion. As of the time this motion was filed, counsel for the City has not heard from plaintiff's counsel as to whether there is any opposition to this motion.

5. This motion is not being brought for purposes of unnecessary delay, and no party will suffer any prejudice if the request for additional time is granted.

WHEREFORE, defendants, City of Chicago, Philip J. Cline, and Tisa Morris, respectfully request that this Court grant the motion and allow them an additional 14 days, until May 23, 2008, to answer plaintiff's corrected first amended complaint, or for such other relief as this Court deems appropriate or just.

Dated: May 9, 2008                                             Respectfully submitted,

                                                               By: s/ Paul A. Michalik
                                                               One of the Attorneys for Defendants,
                                                               CITY OF CHICAGO, PHILIP J. CLINE, and
                                                               TISA MORRIS

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700 (telephone)
(312) 876-1155 (facsimile)

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 9, 2008, I electronically filed the foregoing **Certain Defendants' Motion for Extension of Time to File Answer** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| Blake Wolfe Horwitz | Daniel F. Gallagher |
| Amanda Sunshine Yarusso | Querrey & Harrow Ltd. |
| Tali K. Albukerk | 174 W. Jackson Blvd. |
| Horwitz, Richardson & Baker, LLC | Suite 1600 |
| 20 South Clark Street | Chicago, Illinois 60604-2827 |
| Suite 500 | 312.540.7000 (telephone) |
| Chicago, Illinois 60603 | 312.540.0578 (facsimile) |
| 312.676.2100 (telephone) | |
| 312.372.7076 (facsimile) | |
| lobh@att.net | |

                                                        s/ Paul A. Michalik
                                                        Paul A. Michalik

CHICAGO\2447769.1
ID\PAM