**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDUARDO ALMARAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6134 |
| | ) | |
| OFFICER HALEAS, TERRY HILLARD, | ) | Judge William Hart |
| LORI LIGHTFOOT, TISA MORRIS, | ) | |
| PHILLIP CLINE, UNKNOWN CHICAGO | ) | Magistrate Judge Susan Cox |
| POLICE OFFICERS, MAYOR RICHARD | ) | |
| DALEY, and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

TO:        Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday**, **May 14, 2008** at **11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable William Hart**, in Room 2243 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Certain Defendants' Motion for Extension of Time to File Answer**.

Dated: May 9, 2008                              Respectfully submitted,


                                                s/ Paul A. Michalik
Terrence M. Burns                               One of the Attorneys for Defendants,
Paul A. Michalik                                CITY OF CHICAGO, PHILIP J. CLINE,
Daniel M. Noland                                and TISA MORRIS
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 9, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Amanda Sunshine Yarusso
Tali K. Albukerk
Horwitz, Richardson & Baker, LLC
20 South Clark Street
Suite 500
Chicago, Illinois  60603
312.676.2100 (telephone)
312.372.7076 (facsimile)
lobh@att.net

Daniel F. Gallagher
Querrey & Harrow Ltd.
174 W. Jackson Blvd.
Suite 1600
Chicago, Illinois  60604-2827
312.540.7000 (telephone)
312.540.0578 (facsimile)

s/ Paul A. Michalik
Paul A. Michalik