UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,  Plaintiff,  v.  OFFICER HALEAS, et al.  Defendants. | No. 07 C 6134  Judge William Hart |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| |
|---|
| **SIGNATURE**  s/Larry S. Kowalczyk |
| **FIRM**  Querrey & Harrow, Ltd. |
| **STREET ADDRESS**  175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP**  Chicago, IL 60604 |

| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**  06225367 | **TELEPHONE NUMBER**  312/540-7000 |
|---|---|

| |
|---|
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?**   YES         NO  X |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?**  YES         NO  X |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?**   YES  X      NO |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**  YES X     NO |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**  **RETAINED COUNSEL**                          **APPOINTED COUNSEL** |