UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| | |
|---|---|
| In the Matter of<br><br>EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>OFFICER HALEAS, et al.<br>        Defendants. | Case<br><br>No.  07 C 6134<br><br>Judge William Hart |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| |
|---|
| **SIGNATURE**<br><br>s/Terrence F. Guolee |
| **FIRM**<br><br>Querrey & Harrow, Ltd. |
| **STREET ADDRESS**<br><br>175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP**<br><br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6207056 | TELEPHONE NUMBER<br>312/540-7000 |
|---|---|

| |
|---|
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?**    YES          NO  X |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?**  YES          NO  X |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?**    YES          NO  X |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>YES      NO  X |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL**               **APPOINTED COUNSEL** |