# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6134 | **DATE** | 5/14/2008 |
| **CASE TITLE** | Almaraz vs. Haleas, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Haleas' motion for leave to file substitution of attorney [74] is moot since an amended motion was filed. Defendant Haleas' amended motion for leave to file substitution of attorney and for enlargement of time to 5/23/2008 to answer [76] is granted. Daniel M. Noland, Gregory L. Lacey, Paul A. Michalik and Terrence M. Burns are withdrawn as counsel for defendant Haleas. Daniel E. Gallagher is given leave to file his appearance as counsel for defendant Haleas. Defendants City of Chicago, Cline and Morris' motion for extension of time to 5/23/2008 to answer [78] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|