50650-DFG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated, | |
| Plaintiff, | No. 07 C 6134 |
| v. | Judge William T. Hart |
| OFFICER HALEAS, et al. | |
| Defendants. | |

## NOTICE OF FILING

TO:   All Counsel of Record (See attached Service List)

PLEASE TAKE NOTICE THAT on May 23, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint.**

Defendant OFFICER HALEAS

By:   s/Daniel F. Gallagher
Daniel F. Gallagher
QUERREY & HARROW, LTD.
175 West Jackson Blvd., Suite 1600
Chicago, IL  60604-2827
Telephone:   312/540-7000
I.D. #905305

## PROOF OF SERVICE

I, Daniel F. Gallagher, depose and state that I served this Notice of Filing, together with the document herein referred, to the above-named attorneys pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on May 23, 2008.

| | | |
|---|---|---|
| [X] | Under penalties as provided by law pursuant to Ill. Rev. Stat., ch. 110, Sect. 1-109, I certify that the statements set forth herein are true and correct. | s/Daniel F. Gallagher |

Document #: 1330145

50650-DFG
*Almaraz v. Haleas, et al.*
Cause No: 07 C 6134

**SERVICE LIST**

Blake Wolfe Horwitz
Amanda Sunshine Yarusso
Elliott S. Richardson
Rachelle M. Sorg
Sean M. Baker
Horwitz, Richardson & Baker, LLC
20 South Clark Steret
Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 – Fax
*Attorneys for Plaintiff*

Terrence M. Burns
Daniel M. Noland
Gregory L. Lacey
Paul A. Michalik
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL  60606
(312) 876-1700
(312) 876-1155 - Fax
*Attorneys for Defendants, Tisa Morris,*
*Phillip Cline and City of Chicago*