# EXHIBIT A

# HORWITZ, RICHARDSON & BAKER    HR&B

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

*Of Counsel*
Alexander Sukhman, Esq.

June 3, 2008

VIA FACSIMILE

Gregory L. Lacey
Dykema, Gosset, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
Fax: (866) 738-9049

Daniel Francis Gallagher
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604
Fax: (312) 540-0578

Re:   *Almaraz v. City of Chicago, et al.*, **07 C 6134**

Dear Gregory:

I received a call from a clerk from your office asking for an extension of time to complete discovery. I indicated that I would not be able to do that as the Judge submits firm deadlines. If you want a couple (two) of days further, please let me know, over the phone (not in writing).

I called and left a message for you today on your voice mail communicating the above. Thank you.

Sincerely,

Blake Horwitz

Two First National Plaza
20 South Clark Street, Suite 500, Chicago, Illinois 60603
Phone: (312) 676-2100   Fax: (312) 372-7076   www.hrbattorneys.com


Printed on Recycled Paper

HP Officejet Pro L7600 All-in-One series

Fax Log for
Law Offices
312-372-7076
Jun 03 2008 1:26PM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 3 | 1:25PM | Fax Sent | 18667389049 | 0:21 | 1 | OK |
| Jun 3 | 1:26PM | Fax Sent | 13125400578 | 0:18 | 1 | OK |

# EXHIBIT B

## HORWITZ, RICHARDSON & BAKER, LLC 

Blake Horwitz, Esq.  
Elliot Richardson, Esq.  
Sean M. Baker, Esq.

*Of Counsel*  
Alexander Sukhman, Esq.

*Associates:*  
Tali K. Albukerk, Esq.  
Erica E. Faaborg, Esq.  
Edward L. Garris, Esq.  
Abbas B. Merchant, Esq.  
Rachelle M. Sorg, Esq.  
Amanda S. Yarusso, Esq.

June 5, 2008

VIA FACSIMILE

Gregory L. Lacey  
Daniel Noland  
Dykema, Gosset, PLLC  
10 S. Wacker Dr., Suite 2300  
Chicago, IL 60606  
Fax: (866) 738-9049  
Fax: (866) 546-2597

Daniel Francis Gallagher

Querrey & Harrow, Ltd.  
175 W. Jackson Blvd., Suite 1600  
Chicago, IL 60604  
Fax: (312) 540-0578

**Re:** *Almaraz v. City of Chicago, et al.*, 07 C 6134

Dear Mr. Noland:

This letter confirms my conversation with you on Tuesday, June 3, 3008, in which I stated that we would be unable to provide Mr. Lacey with a discovery extension in the above mentioned case.

If this letter does not accurately reflect our conversation, or you wish to discuss this matter further, please do not hesitate to contact me.

Sincerely,

Abbas Merchant

HP Officejet Pro L7600 All-in-One series

Fax Log for
Law Offices
312-372-7076
Jun 05 2008 11:36AM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 5 | 11:33AM | Fax Sent | 18667389049 | 0:22 | 1 | OK |
| Jun 5 | 11:34AM | Fax Sent | 18665462597 | 0:22 | 1 | OK |
| Jun 5 | 11:35AM | Fax Sent | 5400578 | 0:48 | 1 | OK |