# EXHIBIT A

# HORWITZ, RICHARDSON & BAKER  H R & B

*Of Counsel*
Alexander Sukhman, Esq.

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

June 3, 2008                                    VIA FACSIMILE

Gregory L. Lacey                               Daniel Francis Gallagher
Dykema, Gosset, PLLC                           Querrey & Harrow, Ltd.
10 S. Wacker Dr., Suite 2300                    175 W. Jackson Blvd., Suite 1600
Chicago, IL 60606                               Chicago, IL 60604
Fax: (866) 738-9049                             Fax: (312) 540-0578

**Re:**   *Almaraz v. City of Chicago, et al.*, **07 C 6134**

Dear Gregory:

I received a call from a clerk from your office asking for an extension of time to complete discovery.  I indicated that I would not be able to do that as the Judge submits firm deadlines. If you want a couple (two) of days further, please let me know, over the phone (not in writing).

I called and left a message for you today on your voice mail communicating the above.  Thank you.

Sincerely,

Blake Horwitz

---

Two First National Plaza
20 South Clark Street, Suite 500, Chicago, Illinois 60603
Phone: (312) 676-2100   Fax: (312) 372-7076   www.hrbattorneys.com



**HP Officejet Pro L7600 All-In-One series**

**Fax Log for**
**Law Offices**
**312-372-7076**
**Jun 03 2008 1:26PM**

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| Jun 3 | 1:25PM | Fax Sent | 18667389049 | 0:21 | 1 | OK |
| Jun 3 | 1:26PM | Fax Sent | 13125400578 | 0:18 | 1 | OK |