# EXHIBIT B

# HORWITZ, RICHARDSON & BAKER, LLC 

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Of Counsel*
Alexander Sukhman, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

June 5, 2008                                                VIA FACSIMILE

Gregory L. Lacey                                            Daniel Francis Gallagher
Daniel Noland
Dykema, Gosset, PLLC                                        Querrey & Harrow, Ltd.
10 S. Wacker Dr., Suite 2300                                175 W. Jackson Blvd., Suite 1600
Chicago, IL 60606                                           Chicago, IL 60604
Fax: (866) 738-9049                                         Fax: (312) 540-0578
Fax: (866) 546-2597

Re:   *Almaraz v. City of Chicago, et al.*, 07 C 6134

Dear Mr. Noland:

This letter confirms my conversation with you on Tuesday, June 3, 3008, in which I stated that we would be unable to provide Mr. Lacey with a discovery extension in the above mentioned case.

If this letter does not accurately reflect our conversation, or you wish to discuss this matter further, please do not hesitate to contact me.

Sincerely,

Abbas Merchant

Two First National Plaza
20 South Clark Street, Suite 500, Chicago, Illinois 60603
Phone: 312-676-2100    Fax: 312-372-7076    www.hrbattorneys.com

**HP Officejet Pro L7600 All-In-One series**

**Fax Log for**
Law Offices
312-372-7076
Jun 05 2008 11:36AM

### Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 5 | 11:33AM | Fax Sent | 18667389049 | 0:22 | 1 | OK |
| Jun 5 | 11:34AM | Fax Sent | 18665462597 | 0:22 | 1 | OK |
| Jun 5 | 11:35AM | Fax Sent | 5400578 | 0:48 | 1 | OK |