Case 1:07-cv-06134    Document 98-4    Filed 06/05/2008    Page 1 of 3

# EXHIBIT C

# HORWITZ, RICHARDSON & BAKER  H R & B

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Of Counsel*
Alexander Sukhman, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

June 4, 2008

VIA FACSIMILE

Gregory L. Lacey
Dykema, Gosset, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
Fax: (866) 738-9049

Daniel Francis Gallagher
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604
Fax: (312) 540-0578

Re:  *Almaraz v. City of Chicago, et al.*, 07 C 6134

Dear Gregory:

I called you yesterday and I have not received a return phone call. Discovery was hand delivered on May 1, 2008 and therefore due on June 1. I have asked that you call me and I have not received a phone call.

Sincerely,

Blake Horwitz

Two First National Plaza
20 South Clark Street, Suite 500, Chicago, Illinois 60603
Phone: (312) 676-2100   Fax: (312) 372-7076   www.hrbattorneys.com



HP Officejet Pro L7600 All-in-One series

Fax Log for
Law Offices
312-372-7076
Jun 04 2008 2:20PM

## Last Transaction

| Date  | Time   | Type     | Station ID   | Duration | Pages | Result |
|-------|--------|----------|--------------|----------|-------|--------|
| Jun 4 | 2:18PM | Fax Sent | 18667389049  | 0:20     | 1     | OK     |
| Jun 4 | 2:19PM | Fax Sent | 13125400578  | 0:36     | 1     | OK     |