IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE and the CITY OF CHICAGO,<br><br>    Defendants. | No. 7 C 6134<br><br>JUDGE HART<br>MAGISTRATE JUDGE COX |

### PLAINTIFF'S AMENDED MOTION TO COMPEL DEFENDANT CITY OF CHICAGO

NOW COMES the Plaintiff, by and through the offices of HORWITZ, RICHARDSON & BAKER LLC., and hereby presents the following Motion to Compel to Defendant City of Chicago:

1. On May 1, 2008 Blake Horwitz, lead counsel for Plaintiff at Horwitz, Richardson, and Baker, LLC., served Plaintiff's Interrogatories, Notice of Deposition, Requests to Admit and Requests to Produce via hand delivery upon counsel for the City of Chicago. The City of Chicago has failed to respond to these discovery requests by June 1, 2008.

2. After discovery responses were due, a clerk for lead counsel Gregory Lacey's (lead counsel for the City of Chicago) contacted Blake Horwitz and requested an extension to respond to discovery. Mr. Horwitz stated that he could not accept an extension. (Exhibit A). Additionally, Dan Noland, another lead counsel for the City of Chicago, spoke with Abbas Merchant, one of the attorneys for Plaintiff, and requested an extension of time to respond to discovery. Mr. Merchant indicated that he could not agree to such a request.

(Exhibit B). Blake Horwitz wrote a letter on June 3, 2008 to Gregory Lacey explaining that if Defendants would like a two day extension, then they must make that request over the telephone. (Exhibit A). Blake Horwitz also left a message on Gregory Lacey's voicemail informing him of same. On June 4, 2008, Blake Horwitz then wrote an additional letter to Gregory Lacey, stating that he has not received a telephone call requesting an extra two days and therefore the responses were still due on June 1, 2008. (Exhibit C). As of the filing of this motion, the City of Chicago has not responded to discovery propounded upon it on May 1, 2008.

3. Blake Horwitz and Abbas Merchant, counsel for Plaintiff, have satisfied their duty under Local Rule 37.2 to make a good faith effort to confer with Gregory Lacey and Dan Noland, counsel for the City of Chicago, to resolve this discovery dispute, however counsels for Plaintiff were unsuccessful in consulting with Mr. Lacey to reach an accord.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court enter an order compelling the Defendant City of Chicago to answer Plaintiff's Interrogatories, Notice of Deposition, and Requests to Produce.

Respectfully Submitted.

s/ Blake Horwitz
Blake Horwitz

HORWITZ, RICHARDSON, & BAKER, LLC.
Blake Horwitz, Esq.
20 South Clark Street, Suite 500
Chicago, IL 60603
P: (312) 676-2100
F: (312) 372-7076