# EXHIBIT A

# HORWITZ, RICHARDSON & BAKER  HR&B

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Of Counsel*
Alexander Sukhman, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

June 3, 2008

VIA FACSIMILE

Gregory L. Lacey
Dykema, Gosset, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
Fax: (866) 738-9049

Daniel Francis Gallagher
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604
Fax: (312) 540-0578

Re:  *Almaraz v. City of Chicago, et al.*, 07 C 6134

Dear Gregory:

I received a call from a clerk from your office asking for an extension of time to complete discovery. I indicated that I would not be able to do that as the Judge submits firm deadlines. If you want a couple (two) of days further, please let me know, over the phone (not in writing).

I called and left a message for you today on your voice mail communicating the above. Thank you.

Sincerely,

Blake Horwitz

Two First National Plaza
20 South Clark Street, Suite 500, Chicago, Illinois 60603
Phone: (312) 676-2100   Fax: (312) 372-7076   www.hrbattorneys.com



| | |
|---|---|
| **HP Officejet Pro L7600 All-in-One series** | **Fax Log for**<br>Law Offices<br>312-372-7076<br>Jun 03 2008 1:26PM |

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 3 | 1:25PM | Fax Sent | 18667389049 | 0:21 | 1 | OK |
| Jun 3 | 1:26PM | Fax Sent | 13125400578 | 0:18 | 1 | OK |