# EXHIBIT B

# HORWITZ, RICHARDSON & BAKER, LLC 

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Of Counsel*
Alexander Sukhman, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

June 5, 2008

VIA FACSIMILE

Gregory L. Lacey
Daniel Noland
Dykema, Gosset, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
Fax: (866) 738-9049
Fax: (866) 546-2597

Daniel Francis Gallagher

Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604
Fax: (312) 540-0578

Re: *Almaraz v. City of Chicago, et al.*, 07 C 6134

Dear Mr. Noland:

This letter confirms my conversation with you on Tuesday, June 3, 3008, in which I stated that we would be unable to provide Mr. Lacey with a discovery extension in the above mentioned case.

If this letter does not accurately reflect our conversation, or you wish to discuss this matter further, please do not hesitate to contact me.

Sincerely,

Abbas Merchant

HP Officejet Pro L7600 All-In-One series

**Fax Log for**
Law Offices
312-372-7076
Jun 05 2008 11:36AM

### Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 5 | 11:33AM | Fax Sent | 18667389049 | 0:22 | 1 | OK |
| Jun 5 | 11:34AM | Fax Sent | 18665462597 | 0:22 | 1 | OK |
| Jun 5 | 11:35AM | Fax Sent | 5400578 | 0:48 | 1 | OK |