# EXHIBIT C

Case 1:07-cv-06134    Document 101-4    Filed 06/06/2008    Page 1 of 3

# HORWITZ, RICHARDSON & BAKER    H R & B

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

*Of Counsel*
Alexander Sukhman, Esq.

June 4, 2008

VIA FACSIMILE

Gregory L. Lacey
Dykema, Gosset, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
Fax: (866) 738-9049

Daniel Francis Gallagher
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604
Fax: (312) 540-0578

Re:  *Almaraz v. City of Chicago, et al.*, 07 C 6134

Dear Gregory:

I called you yesterday and I have not received a return phone call. Discovery was hand delivered on May 1, 2008 and therefore due on June 1. I have asked that you call me and I have not received a phone call.

Sincerely,

Blake Horwitz

Two First National Plaza
20 South Clark Street, Suite 500, Chicago, Illinois 60603
Phone: (312) 676-2100   Fax: (312) 372-7076   www.hrbattorneys.com



HP Officejet Pro L7600 All-in-One series

Fax Log for
Law Offices
312-372-7076
Jun 04 2008 2:20PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 4 | 2:18PM | Fax Sent | 18667389049 | 0:20 | 1 | OK |
| Jun 4 | 2:19PM | Fax Sent | 13125400578 | 0:36 | 1 | OK |