UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Eduardo Almaraz
                              Plaintiff,

v.                                           Case No.: 1:07−cv−06134
                                                     Honorable William T. Hart

Officer Haleas, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable William T. Hart: Plaintiff's amended motion to compel defendant City of Chicago [101] and defendant City of Chicago's motion for extension of time [99] are withdrawn without prejudice having been resolved by the parties. Defendant shall submit legal objections to requests to produce and interrogatories in 7 days, substantive answers in 14 days. Request to admit is to be answered by 6/10/08.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.