IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>Defendants. | No. 7 C 6134<br><br>JUDGE HART |

NOTICE OF MOTION

On July 2, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Hart at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion to compel.

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the aforementioned documents to be served:

Blake Horwitz: bwhorwitz@att.net

Amanda Yarusso: asyarusso@att.net

Elliot S. Richardson:  erichardson@rsbmlaw.com

Rachelle M. Sorg: rsorg@rsbmlaw.com

Sean M. Baker: sbaker@erlaw.net

Terrence Burns: tburns@dykema.com

Daniel Matthew Noland: dnoland@dykema.com

                          s/ Blake Horwitz_____
                          Blake Horwitz

HORWITZ, RICHARDSON & BAKER, LLC.
Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.
Rachelle M. Sorg, Esq.
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100