# EXHIBIT A



# Honored Chicago Cop Charged With Misconduct

April 15, 2008 9:07pm US/Central

CHICAGO (STNG) –– A Chicago police officer once honored for arresting more drunk drivers than any other Illinois officer faces felony charges for allegedly filing a bogus police report on one of his arrests, the Sun-Times is reporting.

John Haleas, 37, is charged with four counts of official misconduct, two counts of obstruction of justice and four counts of perjury in a grand jury indictment dated April 9. He will make his first court appearance April 25, according to court records.

"I'm going to deal with it in court," Haleas told the Sun-Times at his Northwest Side home Tuesday. He declined to comment further.

His attorney Robert Kuzas defended the officer as a "very honorable" man.
"I don't believe the state will be able to sustain the charges brought against him. And he's looking forward to vindicating himself on each and every one of these assaults not only on his character but on his reputation as a police officer," Kuzas said.

Prosecutors and a spokesman for the Cook County State's Attorney's office declined to comment.

Haleas was honored three times by the Schaumburg-based Alliance Against Intoxicated Motorists as the police officer with the most DUI busts in Illinois. But last October, the state's attorney's office dropped about 50 DUI cases in which Haleas had been the arresting officer –- and said as many as 500 cases could be in jeopardy.

In dropping the cases, a spokesman for the state's attorney's office said Haleas had failed to follow proper procedures during an April 9, 2005, arrest witnessed by two prosecutors. The alleged crimes listed in the indictment involve the same arrest -- of Edward Beck of the 5000 block of West Chicago Ave. The charges against Beck were later dropped.

According to the indictment, Haleas falsely reported that Beck failed a field sobriety test. Haleas allegedly wrote false traffic citations, the indictment states, and lied about Beck taking the "one leg stand" test, the "walk and turn" test, and the finger-to-nose test. In fact, Haleas "did not administer any field sobriety tests," the indictment states.

Haleas also lied about keeping Beck under observation for 20 minutes, according to the indictment.

Prosecutors faced pressure to indict Haleas by April 9 of this year, since the offenses he is charged with carry a three-year statute of limitations. Additional charges are possible, a source said.

Last year, a Chicago man sued Haleas in federal court claiming the officer arrested him before he got into his car. The suit also charges Haleas with filing false police reports.

Haleas is still on the police force but will be stripped of his police powers because of the indictment, sources said.

(Source: Sun-Times News Group Wire © Chicago Sun-Times 2006. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.)

www.chicagotribune.com/news/local/chi-dui-cop-arraignedapr30,0,5831852.story

# chicagotribune.com

## Prosecutors detail case against Chicago's top DUI cop

By David Heinzmann

Tribune reporter

11:11 PM CDT, April 29, 2008

With two fellow officers and two young prosecutors looking on, Chicago Police Officer John Haleas ignored numerous critical steps in making a legitimate drunken driving arrest in April 2005, a string of missteps that ultimately led to his own indictment, Cook County prosecutors say.

If you should take Social Security at **62** or **67**.



At Haleas' arraignment Tuesday, prosecutors released new details about the Northwest Side traffic stop that led to criminal charges against Chicago's top DUI cop and the dismissal of 156 of his previous DUI arrests by the Cook County state's attorney.

Haleas made 718 arrests in 2005 and 2006 and was the primary witness in hundreds of DUI cases, garnering for himself a "Top Cop" honor from the Alliance Against Intoxicated Motorists for having more DUI arrests than any other officer in the state.

But according to prosecutors, Haleas didn't bother to perform a field sobriety test, and lied in his reports and claimed he had followed procedures.

Court documents filed Tuesday also revealed that the man arrested that night registered a blood-alcohol content of 0.334, a level of intoxication at which people can lose consciousness or, in some cases, die.

The man's DUI conviction was tossed out because of Haleas' misconduct.

"Somebody that blows a 0.334 is significantly under the influence of alcohol and well beyond impairment to drive a vehicle," Haleas' lawyer, Robert Kuzas, said Tuesday. "We're happy Haleas was able to make this arrest, and hopefully this person will never harm anyone."

Haleas was charged last month with four counts of perjury, four counts of official misconduct and two counts of obstructing justice. He was stripped of his police powers after police learned of the charges. The department had given Haleas a one-day suspension and sent him back to work after investigating the allegations.

The prosecutors were riding with Haleas the night of the arrest as part of their training. The Grand-Central District officers who made the traffic stop called Haleas to determine whether to write the driver a DUI.

Shortly after the arrest, the state's attorney's office asked police to investigate Haleas when his arrest report did not match what happened.

*dheinzmann@tribune.com*

Copyright © 2008, Chicago Tribune