# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and other similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>OFFICER HALEAS, TISA MORRIS, PHILLIP CLINE and the CITY OF CHICAGO,<br><br>      Defendants. | No. 07 C 6134<br><br>JUDGE HART |

## CITY OF CHICAGO'S RESPONSES TO REQUESTS FOR PRODUCTION

Defendant, City of Chicago ("City"), by its attorney, Terrence M. Burns of Dykema Gossett PLLC, for its response to Plaintiff's requests for production, states as follows:

## OBJECTIONS TO DEFINITIONS

"Custom" means a routine conduct followed by the officers for the Defendant Municipality.

"Practice" means an act done or performed frequently by the police officers of the Defendant Municipality

"Policy" means a written plan or course of action intended to influence the conduct of officers for the Defendant Municipality.

**OBJECTION:** The City objects to the definitions of custom, practice, and policy to the extent they are inconsistent with *Monell v. Dept. of Social Services of City of New York*, 436 U.S. 658, 98 S.Ct. 2018 (1978), and its progeny, and to the extent they are vague and ambiguous.

"Amount of force" is frequently referred to as the Use of Force Continuum, Use of Force Model and/or Use of Force Paradigm. Whatever the terminology, it refers to the amount of force that an officer may use under a particular circumstance, given what he or she is confronted with.

**OBJECTION:** The City objects to the phrase "amount of force" as it is used in these Requests because it fails to take into consideration the use of no force and therefore is vague as used in Plaintiff's requests.

**RESPONSE:** The City objects to this request on the grounds that it is vague and that the expression, "that relate to a DUI arrest," is undefined. The City also objects to the time frame of this request as overly broad such that the request seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the objections, see documents identified by Bates Nos. ETA 01218 – ETA 01221.

4. Provide any and all police reports, tickets and documents which relate to the DUI arrest of the following individuals (clients of Horwitz, Richardson and Baker, LLC)[2] Also, please tender the RAP sheets relative to said individuals.

| Last | First | City | Arrest Date |
|---|---|---|---|
| Delgado | Rosendo | Chicago | 6/30/03 |
| Martiniez | Salvador | Chicago | 5/21/07 |
| Canas | Miguel | Chicago | 1/23/07 |
| Mondragon | Jose | Chicago | 8/14/05 |
| Martinez | Franklin | Chicago | 8/22/04 |
| Javier | Israel | Chicago | 7/17/06 |
| Rueda | Marco A. | Chicago | 7/31/06 |
| Perez | Saul | Chicago | 9/22/06 |
| Martinez | Omar | Chicago | 2/18/06 |
| Martinez | Arturo | Chicago | 10/10/07 |
| Huerta | Jaime | Chicago | 8/8/07 |
| Arroyo | Ramiro | Chicago | 8/9/07 |
| Islas | Agustin | Chicago | 11/19/06 |
| Sotelo | Onofre | Chicago | 11/22/07 |
| Navarrete | Sergio | Chicago | 2/23/07 |
| Jackson | Christopher | Chicago | 7/2/06 |
| Delgado | Rosendo | Chicago | 6/30/03 |
| Martiniez | Salvador | Chicago | 5/21/07 |
| Canas | Miguel | Chicago | 1/23/07 |
| Martinez | Ines | Chicago | |
| Nevis | Raul | Chicago | |
| Carroll | Brendan | Oak Park | 4/26/2005 |
| Cherry | Joseph | Chicago | 1/4/2006 |
| Johnson | Eldridge | Chicago | 4/20/2006 |

request.

[2] These individuals were all arrested by Officer Haleas.

3

| Last | First | City | Arrest Date |
|---|---|---|---|
| Redfield | Ryan | Chicago | 5/13/2006 |
| Arroyo | Alfredo | Chicago | 8/12/2006 |
| Mayfield | Thomas | Hammond | 9/3/2006 |
| Gordon | Martell | Chicago | 9/10/2006 |
| Ortiz | Daniel | Chicago | 9/19/2006 |
| DeJesus | Carlos | Chicago | 10/5/2006 |
| Marrero | Erwin | Chicago | 10/7/2006 |
| Suarez | Raul | Chicago | 10/14/2006 |
| Prior | Ulysses | Chicago | 10/15/2006 |
| Escalante | Jose | Chicago | 10/22/2006 |
| Stalinsky | Richard | Chicago | 10/24/2006 |
| Croff | Ronald | Chicago | 11/14/2006 |
| DeJesus | Carlos | Chicago | 1/7/2007 |
| Almaraz | Eduardo | Chicago | 1/29/2007 |
| Cortez | Gilberto | Cicero | 2/3/2007 |
| Romero | Victor | Chicago | 2/25/2007 |
| Kolaczewski | Edmund | Chicago | 3/3/2007 |
| Barajas | Felipe | Cicero | 3/11/2007 |
| Diaz | Miguel | Chicago | 3/12/2007 |
| Carlberg | John | Chicago | 3/20/2007 |
| Lugo | Luis | Chicago | 3/20/2007 |
| Garcia | Annette | Chicago | 3/25/2007 |
| Dixon | Courtney | Chicago | 4/19/2007 |
| Deniz | Raul | Chicago | 6/23/2007 |
| Lopez | Ranulfo | Chicago | 6/30/2007 |
| Diaz | Angel | Chicago | 7/27/2007 |
| Garcia | Jonny | Chicago | 8/6/2007 |
| Pulgar | Herbert | Chicago | 9/12/2007 |
| Diaz | Alejandro | Chicago | 9/20/2007 |
| Diaz | Miguel | Chicago | 9/29/2007 |
| Barbosa | Peter | Chicago | 10/8/2007 |
| Flores | Ulises | Chicago | 10/9/2007 |

RESPONSE: The City objects to this request on the grounds that (a) it is overly broad, vague, unduly burdensome; (b) seeks information on numerous individuals who are not parties to this litigation; (c) seeks documents that are neither relevant to the claims or defenses of any party, nor likely to lead to the discovery of admissible evidence; and (d) prematurely seeks information related to class discovery when no class has been certified in this matter. Further, the City objects to this request on the grounds that the requested information is readily and equally available to Plaintiff. Further, to the extent that the individuals noted are, indeed, "clients" of the law firm of Horwitz, Richardson and Baker, LLC, the requested information is readily and equally obtainable by the "clients" themselves. Subject to and without waiving the objections, see the documents identified by Bates Nos. ETA 01210 – ETA 01224.

Dated: June 25, 2008

Respectfully submitted,

One of the Attorneys for Defendant,
CITY OF CHICAGO,

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing City of Chicago's Response to Plaintiff's Requests for Production to Plaintiff to be served upon the following counsel of record via facsimile, and by U.S. mail on June 25, 2008

| | |
|---|---|
| Blake Wolfe Horwitz | Daniel F. Gallagher, Esq. |
| Horwitz, Richardson & Baker LLC | Querrey & Harrow, Ltd. |
| Two First National Plaza | 175 W. Jackson Blvd. |
| 20 So. Clark Street, Suite 500 | Suite 1600 |
| Chicago, Illinois 60603 | Chicago, Illinois 60604-2827 |

☒   Under penalties as provided by law pursuant to ILL. REV. STAT. CHP 110 Sec 1-109, I certify that the statements set forth herein are true and correct.

_____
Gregory Lacey

CHICAGO\2450719.2
ID\GLL