IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated, | |
| Plaintiff, | No. 7 C 6134 |
| v. | JUDGE HART<br>MAGISTRATE JUDGE COX |
| OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE and the CITY OF CHICAGO, | |
| Defendants. | |

**UNDER SEAL**

**MOTION TO ALLOW BRAIN MAKER DISCOVERY
AND FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Respectfully Submitted.

s/ Blake Horwitz
Blake Horwitz

HORWITZ, RICHARDSON, & BAKER, LLC.
Blake Horwitz, Esq.
20 South Clark Street, Suite 500
Chicago, IL 60603
P: (312) 676-2100
F: (312) 372-7076