IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 7 C 6134<br><br>JUDGE HART |

## NOTICE OF MOTION

On July 9, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Hart at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Motion for Miscellaneous Relief.

CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the aforementioned documents to be served:

Blake Horwitz: bwhorwitz@att.net

Amanda Yarusso: asyarusso@att.net

Elliot S. Richardson:  erichardson@rsbmlaw.com

Rachelle M. Sorg: rsorg@rsbmlaw.com

Sean M. Baker: sbaker@erlaw.net

Terrence Burns: tburns@dykema.com

Daniel Matthew Noland: dnoland@dykema.com

s/ Blake Horwitz
Blake Horwitz, Esq.
HORWITZ, RICHARDSON, & BAKER, LLC.
20 South Clark Street
Suite 500
Chicago, IL 60603
P: (312) 676-2100
F: (312) 372-7076