# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDUARDO ALMARAZ, on behalf of himself and other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 07 C 6134 |
| v. | ) ) | JUDGE HART |
| OFFICER HALEAS, TISA MORRIS, PHILLIP CLINE and the CITY OF CHICAGO, | ) ) ) ) | |
| Defendants. | ) ) ) | |

### CITY OF CHICAGO'S RESPONSES TO REQUESTS FOR PRODUCTION

Defendant, City of Chicago ("City"), by its attorney, Terrence M. Burns of Dykema Gossett PLLC, for its response to Plaintiff's requests for production, states as follows:

### OBJECTIONS TO DEFINITIONS

"Custom" means a routine conduct followed by the officers for the Defendant Municipality.

"Practice" means an act done or performed frequently by the police officers of the Defendant Municipality

"Policy" means a written plan or course of action intended to influence the conduct of officers for the Defendant Municipality.

**OBJECTION:** The City objects to the definitions of custom, practice, and policy to the extent they are inconsistent with *Monell v. Dept. of Social Services of City of New York*, 436 U.S. 658, 98 S.Ct. 2018 (1978), and its progeny, and to the extent they are vague and ambiguous.

"Amount of force" is frequently referred to as the Use of Force Continuum, Use of Force Model and/or Use of Force Paradigm. Whatever the terminology, it refers to the amount of force that an officer may use under a particular circumstance, given what he or she is confronted with.

**OBJECTION:** The City objects to the phrase "amount of force" as it is used in these Requests because it fails to take into consideration the use of no force and therefore is vague as used in Plaintiff's requests.

"Abuse of Authority" – refers to the misuse of the power of the office of a police officer. Where a police officer uses his power and/or authority as a police officer to cause and event to occur, this is considered "abuse of authority."

**OBJECTION:** The City objects to this definition as the phrase "to cause an event to occur," which is included in the second sentence, is vague and ambiguous and would extend the definition of "abuse of authority" to each as every act committed by a police officer during the course of his or her duty.

1.     Tender the Rules, policies and procedures (enforce for the years 1999 to 2007) that are specifically designed for and/or relate to the rules that officers must follow when arresting and/or investigating an individual who is alleged to been driving under the influence of alcohol.

**RESPONSE: The City objects to this request to the extent it is vague. The City also objects to the time frame of this request as overly broad such that the request seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the objections, the City previously produced documents responsive to this request.**

2.     Tender the Rules, policies and procedures (enforce for the years 1999 to 2007) that establish which documents an officer is required to fill out which relate to a DUI arrest. Please tender said documents in blank form.

**RESPONSE: The City objects to this request on the grounds that it is vague and that the expression, "which relate to a DUI arrest," is undefined. The City also objects to the time frame of this request as overly broad such that the request seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the objections, the City previously produced documents responsive to this request, which were identified by Bates Nos. ETA01030 – ETA01167.**

3.     Tender the documents (that relate to a DUI arrest) that are specifically filled out by Chicago Police Officers, which, when filled out, are sworn to, under oath, by said officers. The documents which relate to this request are those which were used by Chicago Police Officers within the following time period:  2001-2007[1]

---

[1]  If many documents are being tendered in response to the requests to produce in connection with this discovery request, please be sure to identify only those documents which are responsive to this particular request, instead of referring to all documents that are produced. If all documents are referred to, this promotes confusion as it is difficult to know exactly which document is responsive to the specific request.

2

**RESPONSE: The City objects to this request on the grounds that it is vague and that the expression, "that relate to a DUI arrest," is undefined. The City also objects to the time frame of this request as overly broad such that the request seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.**

4.    Provide any and all police reports, tickets and documents which relate to the DUI arrest of the following individuals (clients of Horwitz, Richardson and Baker, LLC)[2] Also, please tender the RAP sheets relative to said individuals.

| Last | First | City | Arrest Date |
|------|-------|------|-------------|
| Delgado | Rosendo | Chicago | 6/30/03 |
| Martiniez | Salvador | Chicago | 5/21/07 |
| Canas | Miguel | Chicago | 1/23/07 |
| Mondragon | Jose | Chicago | 8/14/05 |
| Martinez | Franklin | Chicago | 8/22/04 |
| Javier | Israel | Chicago | 7/17/06 |
| Rueda | Marco A. | Chicago | 7/31/06 |
| Perez | Saul | Chicago | 9/22/06 |
| Martinez | Omar | Chicago | 2/18/06 |
| Martinez | Arturo | Chicago | 10/10/07 |
| Huerta | Jaime | Chicago | 8/8/07 |
| Arroyo | Ramiro | Chicago | 8/9/07 |
| Islas | Agustin | Chicago | 11/19/06 |
| Sotelo | Onofre | Chicago | 11/22/07 |
| Navarrete | Sergio | Chicago | 2/23/07 |
| Jackson | Christopher | Chicago | 7/2/06 |
| Delgado | Rosendo | Chicago | 6/30/03 |
| Martiniez | Salvador | Chicago | 5/21/07 |
| Canas | Miguel | Chicago | 1/23/07 |
| Martinez | Ines | Chicago | |
| Nevis | Raul | Chicago | |
| Carroll | Brendan | Oak Park | 4/26/2005 |
| Cherry | Joseph | Chicago | 1/4/2006 |
| Johnson | Eldridge | Chicago | 4/20/2006 |
| Redfield | Ryan | Chicago | 5/13/2006 |
| Arroyo | Alfredo | Chicago | 8/12/2006 |
| Mayfield | Thomas | Hammond | 9/3/2006 |

---

[2] These individuals were all arrested by Officer Haleas.

3

| Last | First | City | Arrest Date |
|------|-------|------|-------------|
| Gordon | Martell | Chicago | 9/10/2006 |
| Ortiz | Daniel | Chicago | 9/19/2006 |
| DeJesus | Carlos | Chicago | 10/5/2006 |
| Marrero | Erwin | Chicago | 10/7/2006 |
| Suarez | Raul | Chicago | 10/14/2006 |
| Prior | Ulysses | Chicago | 10/15/2006 |
| Escalante | Jose | Chicago | 10/22/2006 |
| Stalinsky | Richard | Chicago | 10/24/2006 |
| Croff | Ronald | Chicago | 11/14/2006 |
| DeJesus | Carlos | Chicago | 1/7/2007 |
| Almaraz | Eduardo | Chicago | 1/29/2007 |
| Cortez | Gilberto | Cicero | 2/3/2007 |
| Romero | Victor | Chicago | 2/25/2007 |
| Kolaczewski | Edmund | Chicago | 3/3/2007 |
| Barajas | Felipe | Cicero | 3/11/2007 |
| Diaz | Miguel | Chicago | 3/12/2007 |
| Carlberg | John | Chicago | 3/20/2007 |
| Lugo | Luis | Chicago | 3/20/2007 |
| Garcia | Annette | Chicago | 3/25/2007 |
| Dixon | Courtney | Chicago | 4/19/2007 |
| Deniz | Raul | Chicago | 6/23/2007 |
| Lopez | Ranulfo | Chicago | 6/30/2007 |
| Diaz | Angel | Chicago | 7/27/2007 |
| Garcia | Jonny | Chicago | 8/6/2007 |
| Pulgar | Herbert | Chicago | 9/12/2007 |
| Diaz | Alejandro | Chicago | 9/20/2007 |
| Diaz | Miguel | Chicago | 9/29/2007 |
| Barbosa | Peter | Chicago | 10/8/2007 |
| Flores | Ulises | Chicago | 10/9/2007 |

4

**RESPONSE: The City objects to this request on the grounds that (a) it is overly broad, vague, unduly burdensome; (b) seeks information on numerous individuals who are not parties to this litigation; (c) seeks documents that are neither relevant to the claims or defenses of any party, nor likely to lead to the discovery of admissible evidence; and (d) prematurely seeks information related to class discovery when no class has been certified in this matter. Further, the City objects to this request on the grounds that the requested information is readily and equally available to Plaintiff. Further, to the extent that the individuals noted are, indeed, "clients" of the law firm of Horwitz, Richardson and Baker, LLC, the requested information is readily and equally obtainable by the "clients" themselves.**

Dated: June 18, 2008

Respectfully submitted,

One of the Attorneys for Defendant,
CITY OF CHICAGO,

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)