IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>　　Defendants. | No. 7 C 6134<br><br>JUDGE HART |

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath, states that a copy of the attached:

**Amended Exhibit C and D to Plaintiff's Amended motion to compel that was held before Judge Hart on July 2, 2008 at 11:00am, and continued to July 9, 2008 at 11:00am.**

I hereby certify that on July 3 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the aforementioned documents to be served:

Blake Horwitz: bhorwitz@hrbattorneys.com

Elliot S. Richardson:  erichardson@hrbattorneys.com

Rachelle M. Sorg: rsorg@hrbattorneys.com

Sean M. Baker: sbaker@hrbattorneys.com

Terrence Burns: tburns@dykema.com

Daniel Matthew Noland: dnoland@dykema.com

                                                  s/ Blake Horwitz  
                                                  Blake Horwitz

HORWITZ, RICHARDSON & BAKER, LLC.  
Blake Horwitz, Esq.  
Elliot Richardson, Esq.  
Sean M. Baker, Esq.  
Rachelle M. Sorg, Esq.  
20 South Clark Street, Suite 500  
Chicago, IL 60603  
(312) 676-2100