B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and other similarly situated, ) ) ) Plaintiff, ) ) v. ) ) OFFICER HALEAS, TISA MORRIS, PHILLIP CLINE and the CITY OF CHICAGO, ) ) ) ) ) Defendants. ) ) ) | No. 07 C 6134 JUDGE HART |

**STIPULATION TO ENTRY OF JUDGMENT
AGAINST DEFENDANT CITY OF CHICAGO**

Defendant City of Chicago hereby stipulates to the following:

1. Plaintiff Eduardo Almaraz has filed a Complaint against an individual defendant police officer and other individuals sued in their capacities as municipal officials. Plaintiff's First Corrected Amended Complaint ("Complaint") includes various claims brought under federal and state law.

2. In plaintiff's Complaint, plaintiff claims that the individual defendant Chicago police officer violated his constitutional rights as a direct result of various policies, practices, and customs of the City of Chicago. Hence, plaintiff has brought various *Monell* claims against the City.[1] In plaintiff's Complaint, he seeks a judgment against the City for damages caused by the alleged violations of his rights under the Constitution.

---

[1] *See Monell v. Department of Social Services of City of New York*, 436 U.S. 658 (1978).

3.     Without admitting plaintiff's *Monell* allegations in his Complaint, the City agrees to entry of judgment against the City for compensatory damages and, to the extent allowed by the Court, reasonable attorneys fees pursuant to 42 U.S.C. §1988, if and only if the finder of fact in this case finds that any City employee violated plaintiff's constitutional rights as alleged in his Complaint.[2]  The entry of any judgment against the City pursuant to this stipulation is accepted by the City only to the extent that the judgment is affirmed after any post-trial motions and/or an appeal if an appeal is taken.

                                      Respectfully submitted,

                                      /s/ Daniel M. Noland

Terrence M. Burns                  One of the Attorneys for Defendant,
Paul A. Michalik                     City of Chicago
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700

---

[2] Note that this stipulation only applies to Plaintiff, Eduardo Almaraz, individually, and not as a representative of a class. Specifically, this stipulation excludes and does not apply to any member of a class, or to the entire class should the Court later certify this action as a class action.