IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDUARDO ALMARAZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6134 |
| | ) | |
| v. | ) | Judge William T. Hart |
| | ) | |
| OFFICER HALEAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on July 9, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Hart at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and present the attached **Defendant City of Chicago's Motion To Bifurcate Section 1983 Claims and to Stay Discovery and Trial on Those Claims, a** copy of which is hereby served upon you.

                    Respectfully submitted,


                    s/ Daniel Noland
Terrence M. Burns        One of the Attorneys for Defendants
Paul A. Michalik
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

**CERTIFICATE OF SERVICE**

      I herby certify that on July 3, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system. Notification and a copy of such filing is sent through the CM/ECF system to counsel of record as set forth below.

| | |
|---|---|
| Blake Wolfe Horwitz | Daniel F. Gallagher, Esq. |
| Horwitz, Richardson & Baker LLC | Querrey & Harrow, Ltd. |
| Two First National Plaza | 175 W. Jackson Blvd. |
| 20 So. Clark Street, Suite 500 | Suite 1600 |
| Chicago, Illinois  60603 | Chicago, Illinois  60604-2827 |

By:     s/Daniel Noland
                One of the City of Chicago's Attorneys
                DYKEMA GOSSETT PLLC
                10 South Wacker Drive, Suite 2300
                Chicago, Illinois 60606
                (312) 876-1700