**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Eduardo Almaraz
                       Plaintiff,

v.
                                                  Case No.: 1:07–cv–06134
                                                  Honorable William T. Hart

Officer Haleas, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing held. Plaintiff's motion to compel [104] is moot since an amended motion was filed. Plaintiff's amended motion to compel [106] is taken under advisement. Response to plaintiff's motion to allow BrainMaker discovery and for leave to file an amended complaint is due by 7/23/2008. Briefing schedule set on defendant City of Chicago's motion to bifurcate[114] as follows: response due by 7/23/2008; reply due by 8/6/2008. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.