IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated, | |
| Plaintiff, | No. 7 C 6134 |
| v. | JUDGE HART |
| OFFICER HALEAS *et al*, | |
| Defendants. | |

**PLAINTIFF'S MOTION AND APPLICATION FOR DETERMINATION THAT CONFIDENTIAL MATTERS, FACTS AND DOCUMENTS BE RELEASED FROM PROVISIONS OF PROTECTIVE ORDER**

NOW COMES the Plaintiff, by and through his attorney, Blake Wolfe Horwitz of Horwitz, Richardson & Baker, LLC and moves this Court pursuant to the terms of Paragraph 10 of the Protective Order entered on March 3, 2008 in this matter. In support of his Motion and Application, the Plaintiff states the following:

1. On March 3, 2008, this Honorable Court entered a Protective Order allowing certain discovery to be marked as Confidential Matter (Exhibit A).

2. Pursuant to Paragraph C (1) "[t]he parties will not use or disclose the PHI and/or Confidential Mater released in this for any other purpose or in any other proceeding." (Exhibit A).

3. Plaintiff's Counsel has a related matter, *Miguel Diaz v. Officer Haleas et al.*, 08 C 805, currently pending before the Honorable Judge Wayne R. Andersen which lodges, *inter alia,* allegations of excessive force and *Monell* against the same Defendants as the present matter.

4.  Counsel for Defendant Haleas and Defendant City of Chicago in the present matter also represent Defendant Haleas and Defendant City of Chicago in *Diaz v. Haleas*.

5.  On June 13, 2008, in *Diaz*, Counsel for the City of Chicago filed a Motion to Dismiss pursuant to F.R.C.P. 12(b)(6).

6.  On July 11, 2008, the Parties in *Diaz* agreed to allow Plaintiff time to file a First Amended Complaint.

7.  Plaintiff's Complaint in *Diaz* contains allegations based on excessive force and *Monell*.

8.  In order to address the issues raised in Defendant City of Chicago's Motion to Dismiss as well as partake in other discovery, Plaintiff in *Diaz* seeks to use information, facts, and evidence disclosed in the present matter.

9.  The specific information, facts, and evidence are contained in documents, Bates numbered ETA00390 - 00464, Complaint Register No. 305652.

10. On July 11, 2008, Counsel for Plaintiff pursuant to Paragraph 10 of the Protective Order in this matter, contacted Counsel for Officer Haleas via telephone to attempt to obtain an agreement to allow the use of the above documents in the *Diaz* matter.

11. After discussing and considering the matter with Counsel for Plaintiff over the telephone, Counsel for Officer Haleas did not to agree to allow the use of the aforementioned documents in the *Diaz* matter[1].

12. Plaintiff now applies to this Honorable Court for a determination that the above identified documents designated as Confidential Matter should be released from the provisions of the Protective Order.

---

[1] A condition precedent to presenting this motion is that the parties attempt to resolve their differences. This was attempted and the parties did not reach an accord.

13.     Said documents may be covered by a similar protective order in the *Diaz* matter and the forthcoming allegations in Plaintiff's First Amended Complaint based on said documents may be filed under seal to preserve them as a Confidential Matter in both matters.

WHEREFORE the Plaintiff prays that this Honorable Court grant his Motion and Application for Determination that Confidential Matters be Released from Provisions of the Protective Order and for any other relief this Honorable Court deems equitable and just.

Respectfully submitted

by:   s/Blake Wolfe Horwitz
      one of Plaintiff's attorneys

      **Horwitz, Richardson, & Baker, LLC.**
      *Attorneys for Plaintiffs*
      Two First National Plaza
      20 S. Clark Street, Suite 500
      Chicago, IL  60603
      Tel:  (312) 676-2100
      Fax:  (312) 372-7076