IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 7 C 6134<br><br>JUDGE HART |

## NOTICE OF MOTION

On July 16, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Hart at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Motion for Miscellaneous Relief.

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the aforementioned documents to be served:

Daniel Francis Gallagher    dgallagher@querrey.com

Terrence Michael Burns    tburns@dykema.com

Blake Wolfe Horwitz    bhorwitz@hrbattorneys.com

Paul A. Michalik    pmichalik@dykema.com

Terrence Franklin Guolee    tguolee@querrey.com

Lawrence S. Kowalczyk    lkowalczyk@querrey.com

Sean M. Baker    sbaker@hrbattorneys.com

Daniel Matthew Noland   dnoland@dykema.com

Gregory Lawrence Lacey   glacey@dykema.com

Elliot S. Richardson   erichardson@erlaw.net

Paul A OGrady   pogrady@querrey.com

Dominick L Lanzito   dlanzito@querrey.com

Amanda Sunshine Yarusso   ayarusso@hrbattorneys.com

Mary Elizabeth McClellan   mmcclellan@querrey.com

Rachelle M. Sorg   rsorg@erlaw.net

                                                s/ Blake Horwitz_____
Blake Horwitz, Esq.
HORWITZ, RICHARDSON, & BAKER, LLC.
20 South Clark Street
Suite 500
Chicago, IL 60603
P: (312) 676-2100
F: (312) 372-7076