**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EDUARDO ALMARAZ, ) | |
| ) | |
| Plaintiff, ) | Case No.  07 C 6134 |
| v. ) | Judge William T. Hart |
| ) | |
| OFFICER HALEAS, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO QUASH SUBPOENAS FOR DEPOSITION OR, ALTERNATIVELY, TO STAY THESE DEPOSITIONS.

Respondents, ASSISTANT STATE'S ATTORNEY ASHLEY VONAH and ASSISTANT STATE'S ATTORNEY JACLYN LANTZ, by their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, through John A. Ouska, Assistant State's Attorney, hereby submits their Motion to Quash Subpoenas for Deposition, pursuant to FRCP 45(c)(3)(A)(iii) on the ground that the materials sought requires disclosure of protected matters.  In support of this motion, Respondents state as follows:

1.	Respondents are attorneys who work for the Cook County State's Attorney's Office ("Office").  On or about July 15, 2008, Respondents received a subpoena calling for their deposition.  A copy of said subpoenas is attached as Exhibit A.

2.	Currently, there is a criminal case entitled *People of the State of Illinois v. John Haleas*, 08 CR 7115, pending in the Criminal Court of Cook County, located at 2650 S. California, Chicago. This case involves the conduct of Officer Haleas while he was employed by the Chicago Police Department.  More particularly, this case focuses

on Haleas' conduct while making arrests for Driving Under the Influence of Alcohol/Drugs.

3. In addition to this pending criminal case, there is presently an ongoing criminal investigation into the conduct of Officer Haleas, whereby additional criminal charges may be brought against Haleas.

4. Upon information and belief, the underlying lawsuit involves allegations of civil rights violations against John Haleas arising from his conduct as a Chicago police officer which, as previously mentioned, is the subject of pending criminal charges and an ongoing criminal investigation.

5. Respondents are witnesses in the pending criminal case against Haleas; specifically, Respondents took part in a "ride-along" with Officer Haleas when Haleas made an arrest for Driving Under the Influence of Alcohol. It is expected that, at their depositions in this underlying lawsuit, the Respondents will be questioned about their role in the investigation into the conduct of Officer Haleas.

6. Since there is an ongoing criminal investigation, the law enforcement investigatory privilege would apply. Mr. David Navarro, Supervisor of the Professional Standards Unit of the Special Prosecutions Bureau of the Cook County State's Attorney's Office, formally raises the law enforcement investigatory privilege as he is the responsible official in the Office handling the criminal investigation and prosecution of Officer Haleas. Mr. Navarro has personally reviewed the subpoenas for deposition and confirms that the deponents are witnesses in the pending criminal case being prosecuted by Mr. Navarro. Specifically, Respondents' observations during their "ride-along" with Officer Haleas contributed to the criminal investigation into the conduct of

Haleas. Moreover, Mr. Navarro states that the investigation into the conduct of Officer Haleas is ongoing, and that additional criminal charges may be brought against Haleas. Therefore, because the investigation is ongoing, the law enforcement investigatory privilege is applicable.

7. This objection is lodged in order to protect witnesses and law enforcement personnel, to safeguard the privacy of the individuals involved in the investigation, and/or otherwise to prevent interference with an investigation.

8. In the alternative, Respondents seek a stay of their depositions until the conclusion of the ongoing criminal investigation, which is expected to conclude in early 2009.

WHEREFORE, Respondents, ASSISTANT STATE'S ATTORNEY ASHLEY VONAH and ASSISTANT STATE'S ATTORNEY JACLYN LANTZ, respectfully request that said subpoenas for deposition be quashed for the reasons stated above, and any other relief this Honorable Court deems reasonable. In the alternative, Respondents request a stay of their depositions.

Respectfully submitted,

Richard A. Devine
State's Attorney of Cook County

By: /s/ John A. Ouska
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois  60602
(312) 603-6461
No. 3127573