15:28 FAX           DYKEMA GOSSETT            ☑002
Case 1:07-cv-06134    Document 122-2    Filed 07/23/2008    Page 1 of 2
28a     Law Offices                            312-372-7076       p.3

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

### DISTRICT OF _____

Eduardo Almaraz

V.

Officer Haleas, et al.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07 C 6134

TO: Assistant State's Attorney Ashley Vonah (Campbell)
Cook County State's Attorney's Office
5600 Old Orchard Road
Skokie, Illinois 60077

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   Horwitz, Richardson & Baker, LLC 20 S. Clark St., Suite 500, Chicago, Illinois 60603 | DATE AND TIME 7/21/2008 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    *Attorney for Plaintiff* | DATE 7/14/2008 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Sean Baker
20 S. Clark St., Suite 500, Chicago, Illinois 60603; 312-676-2100

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



≈AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

Eduardo Almaraz

V.

Officer Haleas, et al.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07 C 6134

TO:   Assistant State's Attorney Jaclyn Lantz
Cook County State's Attorney's Office
69 West Washinton, 31st Floor
Chicago, Illinois 60602

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   Horwitz, Richardson & Baker, LLC<br>20 S. Clark St., Suite 500, Chicago, Illinois 60603 | DATE AND TIME<br>7/21/2008 1:00 pm |
|---|---|

☐   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _Sean Baker_     Attorney for Plaintiff | 7/14/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Sean Baker
20 S. Clark St., Suite 500, Chicago, Illinois 60603; 312-676-2100

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.