**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EDUARDO ALMARAZ,                )  | |
|                )  | |
| Plaintiff,       )  | Case No.  07 C 6134 |
| v.                )  | Judge William T. Hart |
|                )  | |
| OFFICER HALEAS, et al.,          )  | |
|                )  | |
| Defendants.      )  | |

**NOTICE OF MOTION**

To:   Counsel of record

PLEASE TAKE NOTICE that on August 6, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William T. Hart in Courtroom 2243 in the United States District Court, 219 S. Dearborn, St., Chicago, Illinois, and present MOTION TO QUASH SUBPOENAS, a copy of which is attached.

> Richard A. Devine
> State's Attorney of Cook County

By:

> /s/ John A. Ouska
> Assistant State's Attorney
> 500 Richard J. Daley Center
> Chicago, Illinois  60602
> (312) 603-6461
> No. 3127573

**CERTIFICATE OF SERVICE**

I , JOHN A. OUSKA, Assistant State's Attorney, hereby certify that the attached document was filed via the CM/ECF system in accordance with the Local Rules of the Northern District of Illinois on July 24, 2008.

> /s/John A. Ouska
> Assistant State's Attorney