IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and other similarly situated, | ) ) ) |
| Plaintiff, | ) ) No. 07 C 6134 ) |
| v. | ) JUDGE HART ) |
| OFFICER HALEAS, TISA MORRIS, PHILLIP CLINE and the CITY OF CHICAGO, | ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO ALLOW BRAINMAKER DISCOVERY AND FOR LEAVE TO FILE AN AMENDED COMPLAINT**

# THIS DOCUMENT AND EXHIBITS

# ARE FILED UNDER SEALED