UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ,           ) | |
|                            ) | |
| Plaintiff,                 ) | Case No.  07 C 6134 |
| v.                         ) | Judge William T. Hart |
|                            ) | |
| OFFICER HALEAS, et al.,    ) | |
|                            ) | |
| Defendants.                ) | |

## AMENDED NOTICE OF MOTION

To:    Counsel of record

   PLEASE TAKE NOTICE that on August 6, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William T. Hart in Courtroom 2243 in the United States District Court, 219 S. Dearborn, St., Chicago, Illinois, and present MOTION TO QUASH SUBPOENAS, a copy of which is attached.

                                    Richard A. Devine
                                    State's Attorney of Cook County

                            By:
                                    /s/ John A. Ouska
                                    Assistant State's Attorney
                                    500 Richard J. Daley Center
                                    Chicago, Illinois  60602
                                    (312) 603-6461
                                    No. 3127573

## CERTIFICATE OF SERVICE

   I , JOHN A. OUSKA, Assistant State's Attorney, hereby certify that the attached document was filed via the CM/ECF system in accordance with the Local Rules of the Northern District of Illinois on July 23, 2008.

                            /s/John A. Ouska
                            Assistant State's Attorney