IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OFFICER HALEAS, TISA MORRIS, PHILLIP CLINE and the CITY OF CHICAGO,<br><br>　　Defendants. | No. 7 C 6134<br><br>JUDGE HART<br>MAGISTRATE JUDGE COX |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on July 24, 2008 I caused to be filed with the Clerk of the above Court the attached RESPONSE TO DEFENDANT CITY'S MOTION TO BIFURCATE.

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois' General Order on Electronic Case Filing, I caused the following documents:

NOTICE OF FILING AND RESPONSE TO DEFENDANT CITY'S MOTION TO BIFURCATE.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Terrence Michael Burns     tburns@dykema.com

Daniel Francis Gallagher     dgallagher@querrey.com

Terrence Franklin Guolee     tguolee@querrey.com

Lawrence S. Kowalczyk     lkowalczyk@querrey.com

Gregory Lawrence Lacey     glacey@dykema.com, cgibson@dykema.com

Dominick L Lanzito     dlanzito@querrey.com

Mary Elizabeth McClellan     mmcclellan@querrey.com, bmcinnes@querrey.com, mcclellanpc@comcast.net

Paul A. Michalik     pmichalik@dykema.com

Daniel Matthew Noland     dnoland@dykema.com, hbarhorst@dykema.com, mavitia@dykema.com

Paul A OGrady     pogrady@querrey.com

<div style="margin-left:40%">
<u>s/Tali K. Albukerk</u>  
HORWITZ, RICHARDSON, & BAKER, LLC.  
20 S. Clark Street, Suite 500  
Chicago, IL 60603  
(312) 676-2100
</div>