IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 07 C 6134 |
| OFFICER HALEAS, et al., | ) Judge William T. Hart |
| Defendants. | ) |

## DEFENDANT, CITY OF CHICAGO'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant, City of Chicago (collectively, "Defendants"), by its attorney, Terrence M. Burns of Dykema Gossett PLLC, and for its Motion for Extension of Time to File a Reply in Support of its Motion to Bifurcate, state as follows:

1. On July 3, 2008, the City filed its Motion to Bifurcate § 1983 Claims and to Stay Discovery and Trial on Those Claims. *See* Dkt. 114.

2. On July 9, 2008, the Court set a briefing schedule on the Motion to Bifurcate. *See* Dkt. 116. On July 24, 2008, Plaintiff filed his Response. *See* Dkt. 127. Pursuant to the briefing schedule, the City's Reply is due today, August 6, 2008. *See* Dkt. 116.

3. Currently, the undersigned counsel is in Newark, New Jersey attending a continuing legal education course required by the New Jersey State Bar. The undersigned counsel seeks an extension of nine (9) days, until August 15, 2008, to file the City's Reply in Support of its Motion to Bifurcate.

4. Prior to filing this Motion, the undersigned counsel spoke via telephone to Plaintiff's counsel regarding the request for an extension of time. Plaintiff's counsel had no objections to the City's request for an extension.

5. This motion is not brought to cause undue delay in this litigation. Moreover, no party will be prejudiced if the Court grants the instant Motion.

WHEREFORE, Defendant, City of Chicago, request that this Court grant the City a nine-day extension, until August 15, 2008, to file its Reply.

Dated: August 6, 2008                    Respectfully submitted,


                                         s/ Gregory L. Lacey
Terrence M. Burns                        One of the Attorneys for Defendants
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

## CERTIFICATE OF SERVICE

I, Gregory Lacey, an attorney, hereby certify that on August 6, 2008, I caused the foregoing **Defendants' Motion for Extension of Time to File Reply** to be served by CM/ECF Noticing on the parties listed below:

Blake Wolfe Horwitz
Horwitz, Richardson & Baker LLC
Two First National Plaza
20 So. Clark Street, Suite 500
Chicago, Illinois  60603

Daniel F. Gallagher, Esq.
Querrey & Harrow, Ltd.
175 W. Jackson Blvd.
Suite 1600
Chicago, Illinois  60604-2827

s/ Gregory L. Lacey
Gregory L. Lacey

CHICAGO\2489924.1
ID\GLL