IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDUARDO ALMARAZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6134 |
| | ) | |
| v. | ) | Judge William T. Hart |
| | ) | |
| OFFICER HALEAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    See Attached Certificate of Service

PLEASE TAKE NOTICE that on August 13, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Hart at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and present the attached **Defendant City of Chicago's Motion for Extension of Time to File Reply,** a copy of which is hereby served upon you.

                                        Respectfully submitted,


                                        s/ Gregory L. Lacey
Terrence M. Burns                       One of the Attorneys for Defendants
Paul A. Michalik
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

CHICAGO\2424168.1
ID\GLL

## **CERTIFICATE OF SERVICE**

  I, Gregory L. Lacey, herby certify that on August 6, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system. Notification and a copy of such filing is sent through the CM/ECF system to counsel of record as set forth below.

| | |
|---|---|
| Blake Horwitz | Daniel F. Gallagher |
| Horwitz, Richardson & Baker, LLC | Querrey & Harrow, Ltd. |
| Two First National Plaza | 175 W. Jackson Blvd. |
| 20 S. Clark Street, Ste. 500 | Suite 1600 |
| Suite 500 | Chicago, Illinois 60604-2827 |
| Chicago, Illinois 60603 | |
| (312) 616-4433 | |

        By:  s/Gregory L. Lacey
           One of Defendants Attorneys
           DYKEMA GOSSETT PLLC
           10 South Wacker Drive, Suite 2300
           Chicago, Illinois 60606
           (312) 876-1700