**TIED STATES DISTRIC COURT**
**NORTHERN DISTRICT OF ILLNOIS**
**EASTER DIVISION**

| | |
|---|---|
| EDUARDO ALMARAZ, ) | |
| Plaintiff, ) | |
| ) | No.: 07 C 6134 |
| v. ) | Honorable Judge William T. Hart |
| ) | |
| OFFICER HALEAS, et al. ) | |
| Defendants. ) | |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that on August 6, 2008 I caused to be filed with the Clerk of the above Court the attached PLAINTIFF'S RESPONSE TO MOTION TO QUASH SUBPOENAS FOR DEPOSITION OR ALTERNATIVELY TO STAY THESE DEPOSITIONS

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois' General Order on Electronic Case Filing, I caused the following documents:

NOTICE OF FILING AND PLAINTIFF'S RESPONSE TO MOTION TO QUASH SUBPOENAS FOR DEPOSITION OR ALTERNATIVELY TO STAY THESE DEPOSITIONS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Blake Horwitz | bwhorwitz@hrbattorneys.com |
| Elliot S. Richardson | erichardson@hrbattorneys.com |
| Sean M. Baker | sbaker@hrbattorneys.com |
| Amanda Yarusso | asyarusso@hrbattorneys.com |
| Rachelle M. Sorg: | rsorg@ hrbattorneys.com |
| Tali Albukerk | talbukerk@hrbattorneys.com |
| Terrence Burns | tburns@dykema.com |

| | |
|---|---|
| Daniel Noland | dnoland@dykema.com |
| Gregory Lacey | glacey@dykema.com |
| Paul Michalik | pmichalik@dykema.com |

                                                    <u>s/Sean M. Baker</u>
                                                  one of Plaintiff's attorneys

**Horwitz, Richardson, & Baker, LLC.**
*Attorneys for Plaintiff*
Two First National Plaza
20 South Clark Street, Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076