IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>   Defendants. | No. 7 C 6134<br><br>JUDGE HART |

**PLAINTIFF'S SECOND MOTION AND APPLICATION FOR DETERMINATION THAT CONFIDENTIAL MATTERS, FACTS AND <u>DOCUMENTS BE RELEASED FROM PROVISIONS OF PROTECTIVE ORDER</u>**

NOW COMES the Plaintiff, by and through his attorney, Sean M. Baker of Horwitz, Richardson & Baker, and moves this Court pursuant to the terms of Paragraph 10 of the Protective Order entered on March 3, 2008 in this matter. In support of his Second Motion and Application the Plaintiff states the following:

1. On March 3, 2008, this Honorable Court, entered a Protective Order allowing certain discovery to be marked Confidential Matter;

2. Pursuant to Paragraph C (1) "[t]he parties will not use or disclose the PHI and/or Confidential Mater released in this for any other purpose or in any other proceeding."

3. Plaintiff's Counsel has a related matter, *Miguel Diaz v. Officer Haleas et al.*, 08 C 805, currently pending before the Honorable Judge Wayne R. Andersen which loges *inter alia* allegations of excessive force and *Monell* against the same Defendants as the present matter;

4.     Counsel for Defendant Haleas and Defendant City of Chicago in the present matter also represent Defendant Haleas and Defendant City of Chicago in *Diaz v. Haleas*;

5.     On June 13, 2008, in *Diaz*, Counsel for the City of Chicago filed a Motion to Dismiss pursuant to F.R.C.P. 12(b)(6);

6.     On July 11, 2008, the Parties in *Diaz* agreed to allow Plaintiff time to file a First Amended Complaint;

7.     Plaintiff's Complaint in *Diaz* contains allegations based on excessive force and *Monell*;

8.     In order to address the issues raised in Defendant City of Chicago's Motion to Dismiss, Plaintiff in *Diaz* seeks to use information, facts, and evidence disclosed in the present matter;

9.     On August 6, 2008, Defendant, City of Chicago, presented a Motion to Bifurcate Plaintiff's *Monell* allegations from the remainder of the case;

10.    In this matter, Plaintiff previously applied and was granted release of information, facts, and evidence contained in documents, Bates numbered ETA00390 - 00464, Complaint Register No. 305652;

11.    Now, to address the issues raised in both the Motion to Dismiss and Motion to Bifurcate the Monell allegations in the Diaz matter, Plaintiff seeks the release of all of the CRs, Bates numbered 0001 through 01029;

12.    On August 6, 2008, Counsel for Plaintiff pursuant to Paragraph 10 of the Protective Order in this matter spoke with Counsel for Officer Haleas and the Defendant City of Chicago, in court to attempt to obtain an agreement to allow the use of the above documents in the *Diaz* matter;

13.    On August 8, 2008, counsel for Plaintiff left a voice message for Counsel for Defendants to determine if this Motion could be presented as agreed.

14.     Counsel for Plaintiff did not hear from Defendants by 5:00 p.m., August 8, 2008;

15.     Plaintiff now applies to this Honorable Court for a determination that the above identified documents designated as Confidential Matter should be released from the provisions of the Protective Order.

16.     Said documents may be covered by the protective order entered in the *Diaz* matter and the forthcoming allegations in Plaintiff's First Amended Complaint based on said documents may be filed under seal to preserve them as a Confidential Matter in both matters;

WHEREFORE the Plaintiff prays that this Honorable Court grant his Motion and Application for Determination that Confidential Matters be Released from Provisions of the Protective Order and for any other relief this Honorable Court deems equitable and just.

Respectfully submitted

by:     s/Sean M. Baker_____
one of Plaintiff's attorneys

**Horwitz, Richardson, & Baker, LLC.**
*Attorneys for Plaintiffs*
Two First National Plaza
20 S. Clark Street, Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076