**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EDUARDO ALMARAZ, ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6134 |
| v. ) | Judge William T. Hart |
| ) | |
| OFFICER HALEAS, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:   Counsel of record

   PLEASE TAKE NOTICE that on August 12, 2008, I filed with the Clerk of the Northern District of Illinois, Eastern Division, 219 S. Dearborn, St., Chicago, Illinois,

RESPONDENTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO QUASH SUBPOENAS FOR DEPOSITIONS

          Richard A. Devine
          State's Attorney of Cook County

By:

          /s/ John A. Ouska
          Assistant State's Attorney
          500 Richard J. Daley Center
          Chicago, Illinois  60602
          (312) 603-6461
          No. 3127573

## CERTIFICATE OF SERVICE

   I , JOHN A. OUSKA, Assistant State's Attorney, hereby certify that the attached document was filed via the CM/ECF system in accordance with the Local Rules of the Northern District of Illinois on August 12, 2008.

          /s/John A. Ouska
          Assistant State's Attorney