IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated, | |
| Plaintiff, | No. 7 C 6134 |
| v. | JUDGE HART<br>MAGISTRATE JUDGE COX |
| OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE and the CITY OF CHICAGO, | |
| Defendants. | |

**AGREED MOTION FOR LEAVE TO FILE A REPLY TO THE CITY'S RESPONSE TO PLAINTIFF'S MOTION TO ALLOW BRAINMAKER DISCOVERY AND FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COMES the Plaintiff, by and through his attorneys, HORWITZ, RICHARDSON and BAKER, LLC., hereby states the following in connection with his motion:

Plaintiff asks for leave to file a reply, *instanter,* to the City's response brief regarding Plaintiff's Motion to Allow BrainMaker Discovery and for Leave to File an Amended Complaint. Plaintiff's counsel, Blake Horwitz, spoke to Defense counsel, Gregory Lacey on August 8, 2008, whereupon Mr. Lacey advised that that he had no objection to Plaintiff being allowed to file a reply brief.

Plaintiff's counsel has been preparing for trial on several cases and therefore has had difficulty with time management in connection with the presentation of a (more timely) reply to Defendant's response.

Plaintiff's upcoming trials are as follows:

a. Chaparro v. Powell, 07-cv-5277, Trial begins September 4, 2008;

b. Mosby et al. v. O'Conner, 07-cv-3148, Trial begins September 29, 2008 (a case with 12 defendants and approximately 18 total witnesses);

c.  Cameron v. Christian, 06-ca-325(W.D.Tex.), Trial begins October 6, 2008 (a case in San Antonio, Texas with approximate 10 witnesses); and

d.  Common v. Nelson, 06-cv-6592, Trial begins October 27, 2008 (wrongful death pursuant to police shooting).

(1) WHEREFORE, for the reasons stated above, Plaintiff prays that this Court grant

Plaintiff's Motion for leave to file a reply brief.


                              Respectfully Submitted,

                              s/  Blake Horwitz
                              Attorney for the Plaintiff

Horwitz, Richardson, & Baker, LLC.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100