**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Eduardo Almaraz
                              Plaintiff,

v.                                                       Case No.: 1:07−cv−06134
                                                           Honorable William T. Hart

Officer Haleas, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable William T. Hart: Motion hearing set for 8/20/2008 is stricken. Motion hearing held on 8/13/2008. Defendant City of Chicago's motion for extension of time to file reply to motion to bifurcate [131] is granted to 8/20/2008. Plaintiff's agreed motion for leave to file a reply to motion to allow BrainMaker discovery and for leave to file an amended complaint [139] is granted to 8/14/2008. Plaintiffs second motion for determination that confidential matters, facts and documents be released from provisions of protective order [135] is denied without prejudice. Respondents' motion to quash subpoenas for deposition, or alternatively, to stay these depositions [122] is continued to 10/1/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.