
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 7 C 6134<br><br>JUDGE HART |

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused Plaintiff's Reply to Defendants' Response to Plaintiff's Motion to Allow BrainMaker Discovery and For Leave to File an Amended Complaint, to be served:

Tali K Albukerk     talbukerk@hrbattorneys.com

Sean M. Baker     sbaker@hrbattorneys.com, eadame@hrbattorneys.com, sean-baker@sbcglobal.net

Terrence Michael Burns     tburns@dykema.com

Daniel Francis Gallagher     dgallagher@querrey.com

Terrence Franklin Guolee     tguolee@querrey.com

Blake Wolfe Horwitz     bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@erlaw.net, mpizarro@hrbattorneys.com, ovirola@hrbattorneys.com

Lawrence S. Kowalczyk     lkowalczyk@querrey.com

Gregory Lawrence Lacey     glacey@dykema.com, cgibson@dykema.com

Dominick L Lanzito     dlanzito@querrey.com

Mary Elizabeth McClellan     mmcclellan@querrey.com, bmcinnes@querrey.com,

mcclellanpc@comcast.net

Paul A. Michalik     pmichalik@dykema.com

Daniel Matthew Noland     dnoland@dykema.com, hbarhorst@dykema.com, mavitia@dykema.com

Paul A OGrady     pogrady@querrey.com

Elliot S. Richardson     erichardson@erlaw.net, eadame@hrbattorneys.com, mpizarro@erlaw.net, npeters@erlaw.net, ovirola@hrbattorneys.com, rsorg@erlaw.net

Rachelle M. Sorg     rsorg@erlaw.net, npeters@erlaw.net

Amanda Sunshine Yarusso     ayarusso@hrbattorneys.com

                                         s/ Blake Horwitz_____
                                         Blake Horwitz

HORWITZ, RICHARDSON & BAKER, LLC.
Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.
Rachelle M. Sorg, Esq.
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>Defendants. | No. 7 C 6134<br><br>JUDGE HART |

**UNDER SEAL**

s/ Blake Horwitz_____
Blake Horwitz

HORWITZ, RICHARDSON & BAKER, LLC.
Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.
Rachelle M. Sorg, Esq.
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100