IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 7 C 6134<br><br>JUDGE HART |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused EXHIBITS A-E OF PLAINTIFF'S REPLY BRIEF TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ALLOW BRAINMAKER DISCOVERY AND FOR LEAVE TO FILE AN AMENDED COMPLAINT TO BE FILED.

| | |
|---|---|
| Blake Horwitz | bwhorwitz@hrbattorneys.com |
| Amanda Yarusso | asyarusso@hrbattorneys.com |
| Elliot S. Richardson | erichardson@rsbmlaw.com |
| Rachelle M. Sorg | rsorg@rsbmlaw.com |
| Sean M. Baker | sbaker@erlaw.net |
| Terrence Michael Burns | tburns@dykema.com |
| Gregory Lawrence Lacey | glacey@dykema.com |
| Paul A. Michalik | pmichalik@dykema.com |
| Daniel Matthew Noland | dnoland@dykema.com |

| | |
|---|---|
| Daniel Francis Gallagher | dgallagher@querrey.com |
| Terrence Franklin Guolee | tguolee@querrey.com |
| Lawrence S. Kowalczyk | lkowalczyk@querrey.com |
| Dominick L Lanzito | dlanzito@querrey.com |
| Mary Elizabeth McClellan | mmcclellan@querrey.com |
| Paul A OGrady | pogrady@querrey.com |

s/ Blake Horwitz_____
Blake Horwitz, Esq.
HORWITZ, RICHARDSON, & BAKER, LLC.
20 South Clark Street
Suite 500
Chicago, IL 60603
P: (312) 676-2100
F: (312) 372-7076