# EXHIBIT C

**In further response, Defendant City denies the relevance or applicability of "BrainMaker" to the circumstances alleged in Plaintiffs' Fourth Amended Complaint.**

106.    BrainMaker compared current officers against the pattern gleaned from the 200 member control group and produced a list of officers who, by virtue of matching the pattern or sharing questionable characteristics, were deemed to be "at risk."

**ANSWER: Defendant City admits "BrainMaker" was part of the Chicago Police Department's attempt in the 1990's to develop an "Automated Early Warning System."  The mission of the project was to provide the CPD with the means to identify personnel who were exhibiting behavior that was reasonably predictive of future serious misconduct.    The project attempted to utilize BrainMaker's purported "neural networking" to identify patterns among separated personnel in an attempt to identify those same patterns among incumbent personnel. Defendant City denies the remaining allegations contained in paragraph 106.   In further response, Defendant City denies the relevance or applicability of "BrainMaker" to the circumstances alleged in Plaintiffs' Fourth Amended Complaint.**

107.    BrainMaker was used to study the records of 12,500 police officers (records that included such information as age, education, sex, race, number of traffic accidents, reports of lost weapons or badges, marital status, performance reports and frequency of sick leaves).

**ANSWER: Defendant City admits "BrainMaker" was part of the Chicago Police Department's attempt in the 1990's to develop an "Automated Early Warning System."  The mission of the project was to provide the CPD with the means to identify personnel who were exhibiting behavior that was reasonably predictive of future serious misconduct.    The project attempted to utilize BrainMaker's purported "neural networking" to identify patterns among separated personnel in an attempt to identify those same patterns among incumbent personnel. Defendant City denies any remaining allegations contained in paragraph 107 inconsistent with the foregoing.   In further response, Defendant City denies the relevance or applicability of "BrainMaker" to the circumstances alleged in Plaintiffs' Fourth Amended Complaint.**

108.    The results of the BrainMaker study demonstrated that there were 91 at-risk Chicago Police Officers.  Of those 91 people, nearly half were found to be already enrolled in a

counseling program founded by the personnel department to help officers that were found to have engaged in acts of misconduct.

> **ANSWER: Defendant City admits "BrainMaker" was used as part of the Chicago Police Department's attempt in the 1990's to develop an "Automated Early Warning System."  The mission of the project was to provide the CPD with the means to identify personnel who were exhibiting behavior that was reasonably predictive of future serious misconduct.  Defendant City lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 108.  In further response, Defendant City denies the relevance or applicability of "BrainMaker" to the circumstances alleged in Plaintiffs' Fourth Amended Complaint.**

109.   Terry Heckart, a graduate student at Ohio's Bowling Green State University, recommended BrainMaker to the OPS and/or the Office of Internal Affairs.

> **ANSWER: Defendant City admits upon information and belief that in 1993, Ms. Teresa Heckert was a graduate student at Bowling Green State University. Defendant City further admits Ms. Heckert assisted the Chicago Police Department in its efforts to develop the "Automated Early Warning System" in the 1990's. Defendant City admits Ms. Heckert and another graduate student in 1993 suggested the Chicago Police Department could make use of recent advances in the field of artificial intelligence and suggested the "BrainMaker" software program as part of the development of an "Automated Early Warning System."  Defendant City denies any remaining allegations contained in paragraph 109.  In further response, Defendant City denies the relevance or applicability of "BrainMaker" to the circumstances alleged in Plaintiffs' Fourth Amended Complaint.**

110.   Notwithstanding the assistance that BrainMaker provided to the City of Chicago, the City, through its agents, abandoned the project, further demonstrating the inherent difficulty in having the City of Chicago police itself as well as the City's desire (through senior level officials) to stick its head in the sand and ignore the misconduct of Chicago officers.

> **ANSWER: Defendant City denies the allegations contained in paragraph 110.  In further response, Defendant City denies the relevance or applicability of "BrainMaker" to the circumstances alleged in Plaintiffs' Fourth Amended Complaint.**