IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated, | |
| Plaintiff, | No. 7 C 6134 |
| v. | JUDGE HART<br>MAGISTRATE JUDGE COX |
| OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE and the CITY OF CHICAGO, | |
| Defendants. | |

**MOTION TO SUBMIT
ADDITIONAL FACTUAL INFORMATION**

NOW COMES the Plaintiff, by and through the HORWITZ, RICHARDSON & BAKER, LTD., and hereby presents the following motion to correct:

1. As this Court may remember, this cause concerns significant allegations of misconduct relative to Officer Haleas, a Chicago Police Officer who is presently being criminally prosecuted for, *inter alia*, official misconduct and perjury.

2. Plaintiff Almarez is one of many individuals who has been falsely arrested and maliciously prosecuted by Officer Haleas. In fact, the Cook County State's Attorney's Office has dropped 150 criminal cases initiated by Officer Haleas.

3. Presently pending before this Court is Defendants' Motion to Bifurcate Plaintiff's *Monell* claim, Plaintiff's Motion to Allow BrainMaker Discovery, and Plaintiff's Motion for Leave to File an Amended Complaint. In that context, these matters have been fully briefed.

4.      Part of Plaintiff's *Monell* claim is grounded in the misconduct of officers Flagg, Haynes, Jones and Black. This Court, in adjudicating Defendants' Motion to Dismiss, recognized the importance of their role in Plaintiff's *Monell* claim (Exhibit A, para, 12). The conduct of these officers is demonstrative of the deliberate indifference that the City of Chicago has undertaken relative to the constitutional rights of innocent citizens. Flagg, Jones, Haynes and Black caused countless deprivations and continued to do so until the Federal Government finally stepped in and criminally prosecuted them, bringing convictions for extortion, drug planting, RICO, theft and the like.

5.      Plaintiff now seeks to present these facts to this Court in the form of statistics and underlying data already in the possession of Plaintiff's counsel from another case: *Craft v. City of Chicago et al,* 06 C 1451, a case pending before the Honorable Judge Gettleman.[1]

6.      As could have been predicted, the City objects to this Court reviewing this data, notwithstanding the fact that there exists a protective order entered in this cause (Dkt. No 52). The City is well aware of the instant's Court ruling, denying Defendant's Motion to Dismiss wherein the City attempted to remove the factual pattern relative to these officers (who engaged in significant corruption, as did Haleas) from this litigation. The City is also very much aware that Plaintiff's counsel possesses all of the internal affair files (CRs) relative to these officers and that this information can be easily produced in the form of a graph. No additional work would be necessary; the graph has already been created and submitted in *Craft*.

---

[1] See footnote 10, page 8 of *Plaintiff's Reply Brief to Defendant's Opposition to Plaintiff's Motion to Allow BrainMaker Discovery and for Leave to File an Amended Complaint*, wherein Plaintiff indicated that he would be seeking to tender this information pursuant to an order entered by Judge Keys.

7.      The City is concerned that Plaintiff will present, to this Honorable Court, the facts concerning the horrendous misconduct of these officers, as demonstrated in their CRs. The deviant behavior reflected therein is much more expansive then the litany of lawsuits presented to this Court in Plaintiff's prior submission (Dkt. No. 142, pg. 8). The City's concern is that Plaintiff will be able to further substantiate the basis for a *Monell* claim as well as further discovery into BrainMaker.

8.      *Monell* discovery, in the context of this cause, specific to officer *Haleas,* is very damaging to the City of Chicago. The BrainMaker evidence is equally damaging. The more the City can preclude the divulgence of this information, the weaker it can make Plaintiff's cause of action.

9.      The misconduct of Flagg, Jones, Black and Haynes readily demonstrates the City's acts of deliberate indifference relative to the failure to discipline and train its officers.[2] The CRs contain damaging information as to the City's failure to monitor and discipline these rogue officers. The City's failure in this regard is exemplified by its refusal to use BrainMaker as a tool which specifically culls out dangerous officers.

10.     At this juncture, Plaintiff asks this Court for leave to submit a Supplemental Response to Defendant's Motion to Bifurcate (Dkt No. 127) as well as a Sur Reply to Plaintiff's pending Motion to Allow BrainMaker Discovery and for Leave to File an Amended Complaint (Dkt No. 142).

---

[2] A City's deliberate indifference to train and discipline officers amounts to violation of *Monell* theory of liability. *Board of County Com'rs of Bryan County, Okl. v. Brown,* 520 U.S. 397, 117 S.Ct. 1382 (1997) and *City of Oklahoma City v. Tuttle*, 471 U.S. 808, 105 S.Ct. 2427, 85 L.Ed.2d 791 (1985)

11. The issue of the CR disclosure is being litigated before the Honorable Judge Keys (Exhibit B). Judge Keys is resolving this issue in connection with the pending protective order that is before him. Plaintiff asks this Court to delay its ruling on these pending motions until Plaintiff can produce the additional CR materials, pursuant to Judge Key's order.

12. The additional material Plaintiff seeks to submit is merely a graph, filed under seal, which demonstrates allegation dates, officer names, investigation results and nature of discipline.

13. The pattern and extent of the misconduct shall be highly probative of horrific behavior effectuated by Officers Flagg, Jones, Black and Haynes. It is based on the permissiveness of this misbehavior that Officer Haleas believed that he may engage in the misconduct which ultimately caused the constitutional injuries suffered by the instant Plaintiff and countless others.

WHEREFORE, Plaintiffs pray that this Court grant Plaintiff's motion, as described in Plaintiff's original submission.

        Respectfully Submitted,

        /Blake Horwitz_____
        Attorney for the Plaintiff
        Blake Horwitz

HORWITZ, RICHARDSON & BAKER, LLC.
20 South Clark, #500
Chicago, IL  60603
312-676-2100