# EXHIBIT B

file:///C|/Documents%20and%20Settings/Owner/Desktop/Activity%20in...0et%20al%20order%20on%20motion%20for%20miscellaneous%20relief.htm

Case 1:07-cv-06134     Document 145-3     Filed 09/12/2008     Page 2 of 3

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov
**Sent:** Tuesday, September 09, 2008 8:59 AM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-01451 Craft et al v. Flagg et al order on motion for miscellaneous relief

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# United States District Court

## Northern District of Illinois - **CM/ECF LIVE, Ver 3.2.2**

## Notice of Electronic Filing

The following transaction was entered on 9/9/2008 at 8:58 AM CDT and filed on 9/5/2008
**Case Name:**      Craft et al v. Flagg et al
**Case Number:**    1:06-cv-1451
**Filer:**
**Document Number:** 263

**Docket Text:**
**MINUTE entry before the Honorable Arlander Keys: Motion hearing held. Motion by plaintiffs for release of records [254] is taken under advisement. A briefing schedule is set on said motion. Response is due on or by 9/19/08. Reply, if any, is due on or by 9/26/08. Mailed notice (mb, )**


**1:06-cv-1451 Notice has been electronically mailed to:**

Thomas Joseph Platt     tplatt@cityofchicago.org,lw09439@cityofchicago.org

Terrence Michael Burns     tburns@dykema.com

Blake Wolfe Horwitz     bhorwitz@hrbattorneys.com,lobh@att.net,npeters@hrbattorneys.com, npeters@erlaw.net,mpizarro@hrbattorneys.com,mpizarro@erlaw.net,ovirola@hrbattorneys.com,

file:///C|/Documents%20and%20Settings/Owner/Desktop/Activity%20in...0et%20al%20order%20on%20motion%20for%20miscellaneous%20relief.htm

Case 1:07-cv-06134 Document 145-3 Filed 09/12/2008 Page 3 of 3

eadame@hrbattorneys.com

Paul A. Michalik    pmichalik@dykema.com

Sara L. Ellis    sellis@schiffhardin.com

Daniel Matthew Noland    dnoland@dykema.com,mavitia@dykema.com,hbarhorst@dykema.com

Kimberly D. Fahrbach    kfahrbach@dykema.com

Gregory Lawrence Lacey    glacey@dykema.com,cgibson@dykema.com

Stacy Ann Benjamin    sbenjamin@rockfuscollc.com

Patrick D Daly    patrick.daly@cityofchicago.org

Amanda Sunshine Yarusso    ayarusso@hrbattorneys.com

Abbas Badruddin Merchant    amerchant@hrbattorneys.com,lobh@att.net

Tali K Albukerk    talbukerk@hrbattorneys.com

**1:06-cv-1451 Notice has been delivered by other means to:**