IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ALMARAZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HALEAS, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 7 C 6134<br><br>JUDGE HART |

NOTICE OF MOTION

On September 17, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Hart at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached MOTION TO SUBMIT ADDITIONAL FACTUAL INFORMATION.

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the aforementioned documents to be served:

Blake Horwitz: bhorwitz@hrbattorneys.com

Amanda Yarusso: ayarusso@ hrbattorneys.com

Elliot S. Richardson:  erichardson@ hrbattorneys.com

Rachelle M. Sorg: rsorg@ hrbattorneys.com

Sean M. Baker: sbaker@ hrbattorneys.com

Terrence Burns: tburns@dykema.com

Daniel Matthew Noland: dnoland@dykema.com

s/ Blake Horwitz_____
Blake Horwitz
HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clarks, Suite 500
Chicago, Illinois  60603
Tel: (312) 676-2100
Fax: (312) 372-7076
bhorwitz@hrbattorneys.com